| Fill in this information to identify the case: |
| --- |
| Debtor Name <u>The Pearl Theatre Company, Inc.</u> |
| United States Bankruptcy Court for the: <u>Southern</u>  District of  <u>NY</u> |
|      (State) |
| Case number (If known): <u>17-11572 (SHL)</u> |

☐ Check if this is an
   amended filing

<u>Official Form 206Sum</u>
# Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................

   $ <u>Unknown</u>

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................

   $ <u>113,101.94 +</u>
   <u>Unknown</u>

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................

   $ <u>113,101.94 +</u>
   <u>Unknown</u>

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

   $ <u>85,036.82</u>

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................

   $ <u>20,241.61 +</u>
   <u>Unknown</u>

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................

   **+** $ <u>408,689.73 +</u>
   <u>Unknown</u>

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b

   $ <u>513,968.16 +</u>
   <u>Unknown</u>

☐ Check if this an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                            $1,458.85

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Chase | Checking | 8552 | $0 |
| 3.2. Chase | Checking | 8066 | $0 |
| 3.3. Citi | Wealth Management | C49-114652 | $0 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. Paypal | $31.50 |
| --- | --- |
| 4.2. | $ |

5. **Total of Part 1**                                                                                          $1,490.35

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Security Deposit for lease for the premises located at 553 West 42nd Street held by Massachusetts Mutual Life Insurance Company | $66,330.22 |
| --- | --- |
| 7.2. Contractual bond for League of Resident Theatres held in favor of Actors Federal Credit Union | $18,706.60 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Payroll Service Customer Asset _____    $-553.47
   8.2. Prepaid Expenses _____    $-2,896.18

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                                 $81,235.26

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                   **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____   –   _____  ➔     $_____
                                face amount                    doubtful or uncollectible accounts
    11b. Over 90 days old:      _____   –   _____  ➔     $_____
                                face amount                    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                            **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                        % of ownership:
    15.1. _____    _____%    _____    $_____
    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____    _____    $_____
    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                               $_____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**
☐ No.
☐ Yes.

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No.
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No.
☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34.  Is the debtor a member of an agricultural cooperative?**
☐  No.
☐  Yes.  Is any of the debtor's property stored at the cooperative?

  ☐  No.
  ☐  Yes.

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐  No.
☐  Yes.  Book value $_____  Valuation method _____  Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐  No.
☐  Yes.

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐  No.
☐  Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No. Go to Part 8.
☒  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40.  Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer and telephone equipment | $2,540 | _____ | $2,540.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Costumes and Props | $Unknown | _____ | $Unknown |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |
| **43.  Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $2,540.00 + Unknown |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐  No.
☒  Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒  No.
☐  Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Theatre Equipment | $27,930.33 | | $27,930.33 |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$27,930.33

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☒ Yes.

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No.
☐ Yes.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 553 West 42nd Street, New York, NY 10018 | Lease | $Unknown | | $Unknown |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$Unknown

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No.
☐ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No.
☐ Yes.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** Pearltheatre.org, pearltheater.org | $ Unknown | | $ Unknown |
| **62. Licenses, franchises, and royalties** *Figaro* by Charles Morey, *And Away We Go* by Terrence McNally, *Vanity Fair* by Kate Hamill | $Unknown | | $Unknown |
| **63. Customer lists, mailing lists, or other compilations** Pearl Theatre mailing list | $ Unknown | | $ Unknown |
| **64. Other intangibles, or intellectual property** _____ | $_____ | | $_____ |
| **65. Goodwill** _____ | $_____ | | $_____ |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$Unknown

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No.
☒ Yes.

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No.
☐ Yes.

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No.
☐ Yes.

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ........➜   $_____
                    Total face amount   doubtful or uncollectible accounts

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____  $_____
_____   Tax year _____  $_____
_____   Tax year _____  $_____

**73. Interests in insurance policies or annuities**
Directors and Officers Insurance Policy                          $Unknown

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**
The Fellowship for the Performing Arts (no lawsuit filed)         $Unknown
**Nature of claim**       Breach of Contract
**Amount requested**      $Unknown

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                  $_____

**Nature of claim**     _____
**Amount requested**    $_____

**76. Trusts, equitable or future interests in property**

_____                                  $_____

**77. Other property of any kind not already listed** Examples: Season tickets, country club membership

_____                                  $_____
_____                                  $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.              | $Unknown |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No.
☐ Yes.

**Part 12:**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,490.35 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $81,235.26 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $_____ | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,540.00 + Unknown | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $27,930.33 | |
| **88.** **Real property.** *Copy line 56, Part 9.* ........................................➔ | | $Unknown |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| **90.** **All other assets.** *Copy line 78, Part 11.* ＋ | $Unknown | |
| **91.** **Total.** Add lines 80 through 90 for each column. ......................91a. | $113,101.94 + Unknown | ＋ 91b $Unknown |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $113,101.94 + Unknown |

**Fill in this information to identify the case:**

Debtor name The Pearl Theatre Company, Inc.

United States Bankruptcy Court for the: Southern                District of NY
                                                              (State)

Case number (If known): 17-11572 (SHL)

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?
    ☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on
    this form.
    ☑   Yes. Fill in all of the information below.

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one
    secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** | **Creditor's name**<br>**Actors Federal Credit Union** | **Describe debtor's property that is subject to a lien**<br>Bond | $18,706.60 | $18,706.60 |
| | **Creditor's mailing address** | | | |
| | | **Describe the lien**<br>Possessory | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date debt was incurred** _____<br>**Last 4 digits of account**<br>**number**    _ _ _ _ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an**<br>**interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including<br>this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Creditor's name**<br>**Massachusetts Mutual Life**<br>**Insurance Company** | **Describe debtor's property that is subject to a lien**<br>Security Deposit | $66,330.22 | $66,330.22 |
| | **Creditor's mailing address** | | | |
| | | **Describe the lien**<br>Possessory | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | **Date debt was incurred** _____<br>**Last 4 digits of account**<br>**number**    _ _ _ _ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill *out Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an**<br>**interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the<br>relative priority?<br>  ☐ No Specify each creditor,<br>    including this creditor, and<br>    its relative priority.<br>    _____<br>  ☐ Yes. The relative priority of<br>    creditors is specified on | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

|  |  | lines ____. |  |
|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $85,036.82 |

**Fill in this information to identify the case:**

Debtor The Pearl Theatre Company, Inc.

United States Bankruptcy Court for the: Southern          District of   NY
                                                                        (State)

Case number: 17-11572 (SHL)
(If known)

☐ Check if this is an
   amended filing

# Official Form 206E/F

## Schedule E/F:  Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list
executory contracts on *Schedule A/B:  Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:  Executory Contracts
and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1
or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.**    **Do any creditors have priority unsecured claims?**  (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

**2.**    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.  If the debtor has more
than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Utrice V. Coleman<br>461 Skidmore Road<br>Deer Park, NY 11729-6817<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Helen Jackson<br>21 Trinity Place Apt 301<br>Montclair, NJ 07042<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.3** | **Priority creditor's name and mailing address**<br>Sally Q. Mason<br>315 East 88th Street, Apt. 2B<br>New York, NY 10128<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.4** | **Priority creditor's name and mailing address**<br>Caroline J. H. Parker<br>116 Chilton Street<br>Elizabeth, NJ 07208<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.5** | **Priority creditor's name and mailing address**<br>Isabel Quinzanos Alonso | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $Unknown | $Unknown |

WEIL:\96155999\3\99995.5738

92 Morningside Avenue, Apt 6D
New York, NY 10027

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.6** **Priority creditor's name and mailing address**
Joan L. Larson
12 York Terrace
Short Hills, NJ 07078

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.7** **Priority creditor's name and mailing address**
Ackerman, Jill and Aserlindd, Marc
1787 Madison Ave 309
New York, NY 10035

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.8** **Priority creditor's name and mailing address**
Ackerman, Marilyn
481 17th Street, Apt. 4L
Brooklyn, NY 11215

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.9** **Priority creditor's name and mailing address**
Alexander, Karen
1 Lawrence Street
Metuchin, NJ 08840

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.10** **Priority creditor's name and mailing address**
Allison, Carole
48 Woolsey Court
Pennington, NJ 08534

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.11** **Priority creditor's name and mailing address**
Ambruster, Nancy
42 West 13th Street, Apt. 2B
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☑ No
☐ Yes

**2.12**   **Priority creditor's name and mailing address**

Amore, Carol

577 Grand Street, Apt. F1604

New York, NY 10002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.13**   **Priority creditor's name and mailing address**

Anderson, Elizabeth and Mahon, Joseph C.

12 Beekman Place, Apt.12D

New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.14**   **Priority creditor's name and mailing address**

Anderson, Jean and Mitchell, William

25 Bay Street

Bronx, NY 10464

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.15**   **Priority creditor's name and mailing address**

Anthony, Carmen and Maher, Gerard

301 East 69th Street, apt. 11G

New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.16**   **Priority creditor's name and mailing address**

Apt, Lesley

32 Smoke Hill Drive

Stamford, CT 06903

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.17**   **Priority creditor's name and mailing address**

Arlen, Areta

160 West 96th Street, Apt.L

New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.18**   **Priority creditor's name and mailing address**

Attivissimo, Luisa

68-16 Juno Street

Forest Hills, NY 11375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.19** | **Priority creditor's name and mailing address** <br> Auerbach, Regina <br> 35 Seacoast Terrace, Apt. 20U <br> Brooklyn, NY 11235 | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.20** | **Priority creditor's name and mailing address** <br> Auld, Peter and Faye <br> 9 Windsor Road <br> Hastings-on-Hudson, NY 10706 | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.21** | **Priority creditor's name and mailing address** <br> Bach, Virginia and Arthur <br> 618 Third Street <br> Brooklyn, NY 11215 | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.22** | **Priority creditor's name and mailing address** <br> Baginski, Anthony <br> 79 Valley View Drive <br> Stamford, CT 06903 | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.23** | **Priority creditor's name and mailing address** <br> Bakunin, Rebecca <br> 44B Morton Street <br> New York, NY 10014 | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.24** | **Priority creditor's name and mailing address** <br> Baldwin, William and Susan <br> 90 LaSalle Street, Apt. 18A <br> New York, NY 10027 | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.25** **Priority creditor's name and mailing address**
Banasiewicz, Jake
200 E. 6th St.
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.26** **Priority creditor's name and mailing address**
Barak, Marion
200 East 66th Street, D704
New York, NY 10065

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.27** **Priority creditor's name and mailing address**
Baratta, Rosemarie
100 Trenton Avenue
Long Beach, NY 11561-1135

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.28** **Priority creditor's name and mailing address**
Barchat, Annette
3003 West 66th Street
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.29** **Priority creditor's name and mailing address**
Bard, Maria and Enzo
1930 Harte St
Baldwin, NY 11510

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.30** **Priority creditor's name and mailing address**
Barr, Dolores
148-30 58th Road
Flushing, NY 11355

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.31** **Priority creditor's name and mailing address**
Barrett, Virginia
60 Rockland Rd.
Sparkill, NY 10976

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WEIL:\96155999\3\99995.5738

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.32** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Barros, Maria
41-16, 47th Ave, 1B
Sunnyside, NY 11104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured**
claim: 11 U.S.C. § 507(a)(7)

**2.33** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Barry, Dorothy
6715 102nd Street, Apt.7N
Forest Hills, NY 11375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured**
claim: 11 U.S.C. § 507(a)(7)

**2.34** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Barry, Janet
106-15 Queens Boulevard, Apt. 2R
Forest Hills, NY 11375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured**
claim: 11 U.S.C. § 507(a)(7)

**2.35** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Belzer, Alan and Martin, Susan
One Fifth Avenue, Apt. 20 C
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured**
claim: 11 U.S.C. § 507(a)(7)

**2.36** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Bendersky, Martin
49 Randall Road
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured**
claim: 11 U.S.C. § 507(a)(7)

**2.37** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Benner, James and Huber, Jane
256 Pine Avenue
Manasquan, NJ 08736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured**
claim: 11 U.S.C. § 507(a)(7)

**2.38** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown
Bennett, Hillel

444 East 86th Street, Apt. 5F
New York, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.39**   **Priority creditor's name and mailing address**
BennMcElderry, Yvonne
313 West 143rd Road, Apt. 3C
New York, NY 10030

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.40**   **Priority creditor's name and mailing address**
Berenzweig, Marc
405 River West
Greenwich, CT 06831

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.41**   **Priority creditor's name and mailing address**
Berger, David
315 East 51st Street, Apt. A
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.42**   **Priority creditor's name and mailing address**
Berger, Michael
357 Strawtown Road
West Nyack, NY 10994

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.43**   **Priority creditor's name and mailing address**
Berk, Elaine
180 Franklin Corner Road, Apartment C4
Lawrenceville, NJ 08648

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.44**   **Priority creditor's name and mailing address**
Berman, Elliot and Ann
200 East 82nd Street, Apt. 16C
New York, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☒ No
☐ Yes

**2.45** **Priority creditor's name and mailing address**
Berman, Judith
2045 East 35th Street
Brooklyn, NY 11234

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.46** **Priority creditor's name and mailing address**
Bernard, Anita
32-16 162nd Street
Flushing, NY 11358

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.47** **Priority creditor's name and mailing address**
Bernstein, Sarah
119 Essex Street, Apt 5R
New York, NY 10002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.48** **Priority creditor's name and mailing address**
Bettelheim, Ruth
1 River Place, Apt. 3807
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.49** **Priority creditor's name and mailing address**
Bianco, Mary
353 Bay Ridge Parkway. Apt. 3F
Brooklyn, NY 11209

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.50** **Priority creditor's name and mailing address**
Binder, Diane
2571 Locust Avenue
N Bellmore, NY 11710

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.51** **Priority creditor's name and mailing address**
Binkow, Maurice
505 East Huron Street
Ann Arbor, MI 48104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown

☐ Disputed

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.52** **Priority creditor's name and mailing address**
Blanding, Vermell
2244 Bronx Park East, Apt. 6B
Bronx, NY 10467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.53** **Priority creditor's name and mailing address**
Blaskovitch, John
695 85th Street
Brooklyn, NY 11228-3214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.54** **Priority creditor's name and mailing address**
Bloom, Flora
1485 East 21st Street
Brooklyn, NY 11210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.55** **Priority creditor's name and mailing address**
Bloom, Susan
70 East 10th Street
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.56** **Priority creditor's name and mailing address**
Bogush, Jennifer
445 Topping Hill Road
Westfield, NJ 07090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.57** **Priority creditor's name and mailing address**
Bonacci, Caroline
220 48 75th Avenue, Apt. 1
Oakland Gardens, NY 11364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.58** Priority creditor's name and mailing address
Breitbart, Todd
205 West End Avenue, Apt. 18E
New York, NY 10023-4812

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.59** Priority creditor's name and mailing address
Brennan, Lorraine and Terence
301 East 22nd Street, Apt. 1D
New York, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.60** Priority creditor's name and mailing address
Breslin, Jonathan and Keen, Linda
160 West End Ave 17E
New York, NY 10023-5610

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.61** Priority creditor's name and mailing address
Bresler, Ruth and Sidney
263 West End Avenue, Apt. 5B
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.62** Priority creditor's name and mailing address
Briggs, June
170 East 79th Street, Apt. 5B
New York, NY 10075

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.63** Priority creditor's name and mailing address
Brings, Genevieve
199 Mountain Road
Wilton, CT 06897-1526

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.64** Priority creditor's name and mailing address
Brooks, Hal
555 W 42nd Street
New York, NY 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,346.15   $1,346.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(4)

**Salary**

Is the claim subject to offset?
☑ No
☐ Yes

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

**2.65** Priority creditor's name and mailing address
Brown, Nancy and Daniel
577 Smithfield Valley Road
Amenia, NY 12501

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☑ No
☐ Yes

$Unknown        $Unknown

**2.66** Priority creditor's name and mailing address
Bruce, Joan
175-20 Wexford Terrace, Apt. 12E
Jamaica Estates, NY 11432

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☑ No
☐ Yes

$Unknown        $Unknown

**2.67** Priority creditor's name and mailing address
Bryant, Gregory
690 Summer Street
Weymouth, MA 02188

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☑ No
☐ Yes

$Unknown        $Unknown

**2.68** Priority creditor's name and mailing address
Burke, Dorothy and William
62 Hegemans Lane
Old Brookville, NY 11545

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☑ No
☐ Yes

$Unknown        $Unknown

**2.69** Priority creditor's name and mailing address
Burke, Rose
451 Main St., Apt. 50
Northport, NY 11768

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$Unknown        $Unknown

**2.70** Priority creditor's name and mailing address
Burkle, Jess
555 West 42nd Street
New York, NY 10036

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Salary and Reimbursement

Is the claim subject to offset?
☑ No
☐ Yes

$9,588.54        $9,588.54

**2.71** Priority creditor's name and mailing address

As of the petition filing date, the claim is:

$Unknown        $Unknown

Butensty, Fran
1530 Palisade Avenue, Apt. 22R
Fort Lee, NJ 07024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.72** **Priority creditor's name and mailing address**
Cagle, Diana
67-41 Burns Street, Apt. 216
Forest Hills, NY 11375

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.73** **Priority creditor's name and mailing address**
Caldwell, Sharon and Peter
11 Glenwood Terrace
Bridgewater, NJ 08807

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.74** **Priority creditor's name and mailing address**
Campos, Donna and Eduardo
2000 Linwood Avenue, Apt. 18K
Fort Lee, NJ 07024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.75** **Priority creditor's name and mailing address**
Canter, Carol
71 East 77th Street, Apt. 6D
New York, NY 10075

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.76** **Priority creditor's name and mailing address**
Carden, Frank
189 West 89th Street, Apt. 12 H
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.77** **Priority creditor's name and mailing address**
Carlson, Marvin
407 North Aurora
Ithaca, NY 14850

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.78 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Carroll, Amstice
225 West 106th Street, Apt. 16J
New York, NY 10025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.79 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Casella, Jean
717 Carroll St., Apt 2L
Brooklyn, NY 11215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.80 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Cass, Gil
350 West 51st Street, Apt. 12C
New York, NY 10019

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.81 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Cayaba, Christopher
372 Fifth Avenue, Unit 3N
New York, NY 10018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.82 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Chernow, JoAnne
355 South End Avenue, Apt. 10M
New York, NY 10280

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.83 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Chocky, Barbara
420 East 80th Street
New York, NY 10075

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.84 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

Cholakian, Rouben and Burnett, Marie
200 Cabrini Blvd. Apt.19

*Check all that apply.*
☐ Contingent

New York, NY 10033
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.85**  **Priority creditor's name and mailing address**
Chopek, Stephen
68 West Pierrepont Ave
Rutherford, NJ 07070-2609
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown         $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.86**  **Priority creditor's name and mailing address**
Clark, Robert
55 Payson Avenue, 6K
New York, NY 10034
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown         $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.87**  **Priority creditor's name and mailing address**
Cohen, Michelle
360 1st Avenue, Apt. 14F
New York, NY 10010
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown         $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.88**  **Priority creditor's name and mailing address**
Cole, Mieke
200 Riverside Boulevard, Apt. 7A
New York, NY 10069
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown         $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.89**  **Priority creditor's name and mailing address**
Columbine, Vaughn
80 N Moore St # 39E
New York, NY 10013
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown         $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.90**  **Priority creditor's name and mailing address**
Conheim, Susan
517 East 77th Street, Apt. 4C
New York, NY 10075
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured**

**As of the petition filing date, the claim is:**    $Unknown         $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No

claim: 11 U.S.C. § 507(a)(7)

☐ Yes

**2.91** | **Priority creditor's name and mailing address**
Conover, Elaine
3 Overlook Road
New City, NY 10956

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(7)**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.92** | **Priority creditor's name and mailing address**
Conroy, Matthew
10 Dutcher Avenue
Pawling, NY 12564

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(7)**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.93** | **Priority creditor's name and mailing address**
Cooper, Sandi
905 West End Ave
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(7)**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.94** | **Priority creditor's name and mailing address**
Corrado, Gregory
430 East 86th Street 14H
New York, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(7)**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.95** | **Priority creditor's name and mailing address**
Craven, Julia
316 Valley View
Pompton Plains, NJ 07444

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(7)**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.96** | **Priority creditor's name and mailing address**
Crimmins, Marcy
48 South Park St., #600
Montclair, NJ 0742

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(7)**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.97** | **Priority creditor's name and mailing address**
Crowley, Michael
25-20 37th Street
Astoria, NY 11103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.98** | **Priority creditor's name and mailing address**
Cubba, Therese
1600 Parker Avenue Apt. 16C
Fort Lee, NJ 07024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

**2.99** | **Priority creditor's name and mailing address**
Cubbon, Judith
10 West 66 Street Apt.7A
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

**2.100** | **Priority creditor's name and mailing address**
Cuff, Thomas
61 Jane Street (#19A)
New York, NY 10014

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

**2.101** | **Priority creditor's name and mailing address**
Curran, Mary
875 Hilldale Avenue
Berkeley, CA 94708

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

**2.102** | **Priority creditor's name and mailing address**
D'Ambrosi, Paul
189-15 50th Avenue
Fresh Meadows, NY 11365

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

**2.103** | **Priority creditor's name and mailing address**
D'Ambrosio, Vinni
11 Fifth Avenue, Apt. 3N
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

**2.104** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**      $Unknown      $Unknown

Dalin, Herbert
315 Sixth Avenue, Apt 3
Brooklyn, NY 11215

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.105** | **Priority creditor's name and mailing address**
Damm, Gene
22 Fairlawn Avenue
Albany, NY 12203

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.106** | **Priority creditor's name and mailing address**
Daniel, Dena
20 Mews Lane
South Orange, NJ 7079

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.107** | **Priority creditor's name and mailing address**
Dannay, Richard
50 Riverside Drive, Apt. 2C
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.108** | **Priority creditor's name and mailing address**
Dash, Irene
161 West 16th Street, Apt. 11L
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.109** | **Priority creditor's name and mailing address**
Davis, Frank
129 North Fostertown Drive
Newburgh, NY 12550

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.110** | **Priority creditor's name and mailing address**
Davis, Mary
350 West 42nd Street, Apt 59G
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.111** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |

| **2.111** | **Priority creditor's name and mailing address**<br>Dean, David<br>250 East 54th Street, Apt. 18A<br>New York, NY 10022 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |
|---|---|---|---|---|

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| **2.112** | **Priority creditor's name and mailing address**<br>DeIasi, Judith<br>205 East 22nd Street, Apt. 4A<br>NY, NY 1010 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |
|---|---|---|---|---|

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| **2.113** | **Priority creditor's name and mailing address**<br>Delroy, Stephen<br>68-36 108 Street, Apt. B-14<br>Forest Hills, NY 11375 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |
|---|---|---|---|---|

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| **2.114** | **Priority creditor's name and mailing address**<br>Demartini, Paul<br>200 Rector Place, Apt. 22B<br>New York, NY 10280 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |
|---|---|---|---|---|

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| **2.115** | **Priority creditor's name and mailing address**<br>Dembaugh, William<br>34 Clinton Avenue<br>New Providence, NJ 7974 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |
|---|---|---|---|---|

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| **2.116** | **Priority creditor's name and mailing address**<br>Dennis, Thurman<br>16 West 16th Street, Apt. 2GN<br>New York, NY 10011 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |
|---|---|---|---|---|

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| **2.117** | **Priority creditor's name and mailing address**<br>Desombre, Arnaud<br>208 5th Avenue, Apt. 5E | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent | $Unknown | $Unknown |
|---|---|---|---|---|

WEIL:\96155999\3\99995.5738

New York, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.118**  **Priority creditor's name and mailing address**
Dille, Christine
1355 East 18th Street, Apt. 5F
Brooklyn, NY 11230

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$Unknown          $Unknown

---

**2.119**  **Priority creditor's name and mailing address**
DiMant, Rose
400 East 56th Street, Apt. 29B
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$Unknown          $Unknown

---

**2.120**  **Priority creditor's name and mailing address**
Dorn, Jennie
2 Charlton Street, Apt.10E
New York, NY 10014

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$Unknown          $Unknown

---

**2.121**  **Priority creditor's name and mailing address**
Downs, Rebecca
307 West 78th Street
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$Unknown          $Unknown

---

**2.122**  **Priority creditor's name and mailing address**
Dubinski, Frederic
452 W47th st, Apt 4C
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$Unknown          $Unknown

---

**2.123**  **Priority creditor's name and mailing address**
Dunlap, Emily
54 Riverside Drive, Apt. 15A
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- [x] No

$Unknown          $Unknown

---

WEIL:\96155999\3\99995.5738

**claim:** 11 U.S.C. § 507(a)(7)

|  |  |  |
|---|---|---|
| | ☐ Yes | |

| 2.124 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Dyba, Elizabeth | *Check all that apply.* | | |
| | 45 Hamilton Avenue | ☐ Contingent | | |
| | Dumont, NJ 7628 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| 2.125 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Edwards, Jenny | *Check all that apply.* | | |
| | 205 East 85th Street, Apt 5Q | ☐ Contingent | | |
| | New York, NY 10028 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| 2.126 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Edwards, Kemerer | *Check all that apply.* | | |
| | 123 York Street, Apt 18G | ☐ Contingent | | |
| | New Haven, CT 6511 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| 2.127 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Elchoueri, Charles | *Check all that apply.* | | |
| | 55 Oceana Drive East, Apt. 8B | ☐ Contingent | | |
| | Brooklyn, NY 11235 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| 2.128 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Emmer, Rochelle | *Check all that apply.* | | |
| | 8 Stuyvesant Oval, 9B | ☐ Contingent | | |
| | New York, NY 10009 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| 2.129 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Epstein, Ilene | *Check all that apply.* | | |
| | 205-38 Brian Crescent | ☐ Contingent | | |
| | Bayside, NY 11360 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| 2.130 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Epstein, Sheila | *Check all that apply.* | | |
| | 444 East 75th Street, Apt 10G | ☐ Contingent | | |
| | New York, NY 10021 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |

<u>Unknown</u>

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.131**   **Priority creditor's name and mailing address**
<u>Etra, Reba</u>
<u>262 Central Park West, Apt 13B</u>
<u>New York, NY 10024</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.132**   **Priority creditor's name and mailing address**
<u>Fallon, Andrea</u>
<u>59 West 69th Street, Apt. 1R</u>
<u>New York, NY 10023</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.133**   **Priority creditor's name and mailing address**
<u>Falvo, Cathey</u>
<u>1325 NW 21 Terrace</u>
<u>Delray Beach, FL 33445</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.134**   **Priority creditor's name and mailing address**
<u>Farber, Betty</u>
<u>351 East 61st Street, Apt. 2A</u>
<u>New York, NY 10065</u>

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.135**   **Priority creditor's name and mailing address**
<u>Farrell, Linda</u>
<u>245 West 107th Street, Apt. 5D</u>
<u>New York, NY 10025</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.136**   **Priority creditor's name and mailing address**
<u>Fearrington, Florence</u>
<u>150 East 69th Street</u>
<u>New York, NY 10021</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.137**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**    $<u>Unknown</u>    $<u>Unknown</u>

Feder, Janet
390 Riverside Drive, 14F1
New York, NY 10025
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.138** | **Priority creditor's name and mailing address**
Feliu, Alfred
44 Valley Road
New Rochelle, NY 10804
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**       $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.139** | **Priority creditor's name and mailing address**
Ferber, Marilyn
230 East 15th Street, Apt. 5L
New York, NY 10003
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**       $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.140** | **Priority creditor's name and mailing address**
Ferster, Bernard
125 Ramona Court
New Rochelle, NY 10804
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**       $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.141** | **Priority creditor's name and mailing address**
Fields, Jane
11 Riverside Dr. # 2EE
New York, NY 10023-1266
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**       $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.142** | **Priority creditor's name and mailing address**
Finnerty, Mary
80 Malvern Road
Scarsdale, NY 10583
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**       $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.143** | **Priority creditor's name and mailing address**
Fischgrund, Regina
1334 Milanna Lane
Wantagh, NY 11793
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**As of the petition filing date, the claim is:**       $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund

number \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.144 Priority creditor's name and mailing address**
Fitzpatrick, Elaine
6 Sylvan Road
Verona, NJ 7044

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.145 Priority creditor's name and mailing address**
Fleckenstein, James
500 West 43rd Street, Apt. 10J
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.146 Priority creditor's name and mailing address**
Flesch, Alma
1675 York Avenue, Apt. 27D
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.147 Priority creditor's name and mailing address**
Flood, Marilyn
365 West End Avenue, Apt. 2E
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.148 Priority creditor's name and mailing address**
Florov, Margarete
4 Ethan Allen Drive
Suffern, NY 10901

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.149 Priority creditor's name and mailing address**
Fonseca, Roger
1239 Lola Place
Kailua, HI 96734

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.150 Priority creditor's name and mailing address**
Frank, Marshall
44 Old Lyme Road

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent

WEIL:\96155999\3\99995.5738

Chappaqua, NY 10514

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.151** | **Priority creditor's name and mailing address**
French, Susan
250 West 75th Street, Apt. 6C
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

---

**2.152** | **Priority creditor's name and mailing address**
Frendewey, David
330 East 38th Street, Apt. 53A
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

---

**2.153** | **Priority creditor's name and mailing address**
Gabriel, H. Paul
301 East 22nd Street, Apt. 17F
New York, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

---

**2.154** | **Priority creditor's name and mailing address**
Gantly, Susan
9680 Nassau Point Road
Cutchogue, NY 11935

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

---

**2.155** | **Priority creditor's name and mailing address**
Garabedian, Lynnel
60 East 8th Street, Apt. 9K
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

---

**2.156** | **Priority creditor's name and mailing address**
Garrett-Goodyear, Harold
31 Woodbridge Ter
South Hadley, MA 1075

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No

$Unknown    $Unknown

---

WEIL:\96155999\3\99995.5738

claim: 11 U.S.C. § 507(a)(7)

| 2.157 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | garron, laurel | *Check all that apply.* | | |
| | 330 East 70th Street, Apt. 2A | ☐ Contingent | | |
| | New York, NY 10021 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.158 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Geffken, Dorothea | *Check all that apply.* | | |
| | 148-B Edgewater Park | ☐ Contingent | | |
| | Bronx, NY 10465-3549 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.159 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Geller, Carolyn | *Check all that apply.* | | |
| | 400 East 56th Street, Apt. 29D | ☐ Contingent | | |
| | New York, NY 10022 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.160 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Germack, Barbara | *Check all that apply.* | | |
| | 9411 Shore Road, Apt. 5E | ☐ Contingent | | |
| | Brooklyn, NY 11209 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.161 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Gettler, Paul | *Check all that apply.* | | |
| | 248 Centre Avenue, Apt. 6B | ☐ Contingent | | |
| | New Rochelle, NY 10805 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.162 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Glasser, Alan | *Check all that apply.* | | |
| | 4 Sheffield Drive | ☐ Contingent | | |
| | Manalapan, NJ 7726 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | Unknown | **Basis for the claim:** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | Ticket Refund | | |
| | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.163 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|
| | Gluck, Susan | *Check all that apply.* | | |
| | 14 Horatio Street Apt. 9A | ☐ Contingent | | |
| | New York, NY 10014 | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.164**  **Priority creditor's name and mailing address**
Gold, Stella
303 West 66th Street, Apt. 12HE
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.165**  **Priority creditor's name and mailing address**
Goldenthal, Stephanie
21 East 22nd Street, Apt. 5F
New York, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.166**  **Priority creditor's name and mailing address**
Gonzalez, Daniel
110 Riverside Drive, Apt. 16B
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.167**  **Priority creditor's name and mailing address**
Goodman, Marianne
215 East 80th Street, Apt. 5D
New York, NY 10075

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.168**  **Priority creditor's name and mailing address**
Gordon, Joyce
110 Livingston St 6E
Brooklyn, NY 11201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.169**  **Priority creditor's name and mailing address**
Gordon, Judith
155 East 76th Street, Apt. 12D
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.170**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$Unknown          $Unknown

Gordon, Richard
365 West End Ave. apt. 704
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.171 Priority creditor's name and mailing address**
Gorelik, Lyubov
2145 77th Street
Brooklyn, NY 11214

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.172 Priority creditor's name and mailing address**
Gorelik, Minette
365 West 25th Street, Apt. 10B
New York, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.173 Priority creditor's name and mailing address**
Gottlieb, Sam
24 Port Imperial Avenue, Apt. 418
West New York, NY 7093

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.174 Priority creditor's name and mailing address**
Gotts, Michael
50 W. 87th Street, #1
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.175 Priority creditor's name and mailing address**
Grabelsky, Rose
16 Nassau Drive
Great Neck, NY 11021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.176 Priority creditor's name and mailing address**
Greenberg, Frances
501 East 79th Street
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**As of the petition filing date, the claim is:** $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.177 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Greenberg, Nancy
220 East 73rd Street, Apt 4C
New York, NY 10021
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.178 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Greeney, Laura
294 11 Street
Brooklyn, NY 11215
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.179 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Greenhall, Kenneth
3840 Greystone Avenue
Bronx, NY 10463
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.180 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Greweldinger, Jutta
108 Lake Road
Demarest, NJ 7627
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.181 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Gross, Margaret
15 Elm Court Way
West Orange, NJ 7052
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.182 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Grossner, Carolyn
400 East 85th Street, Apt. 12L
New York, NY 10028
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.183 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Grundl, Peter
7607 Walton Lane
*Check all that apply.*
☐ Contingent

| | | |
|---|---|---|
| Annandale, VA 22003 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| Unknown | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account** | Ticket Refund | |
| **number** ___ ___ ___ ___ | | |
| | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured** | ☑ No | |
| **claim:** 11 U.S.C. § 507(a)(7) | ☐ Yes | |

**2.184** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Gunhouse, Robert | *Check all that apply.*
173 Summit Avenue | ☐ Contingent
Summit, NJ 7901 | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred**
Unknown | **Basis for the claim:**
| Ticket Refund
**Last 4 digits of account**
**number** ___ ___ ___ ___ | **Is the claim subject to offset?**
| ☑ No
**Specify Code subsection of PRIORITY unsecured** | ☐ Yes
**claim:** 11 U.S.C. § 507(a)(7)

**2.185** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Haac, Gunilla | *Check all that apply.*
138 East 36th Street, Apt. 9C | ☐ Contingent
New York, NY 10016 | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred**
Unknown | **Basis for the claim:**
| Ticket Refund
**Last 4 digits of account**
**number** ___ ___ ___ ___ | **Is the claim subject to offset?**
| ☑ No
**Specify Code subsection of PRIORITY unsecured** | ☐ Yes
**claim:** 11 U.S.C. § 507(a)(7)

**2.186** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Haas, Pia | *Check all that apply.*
8 Guilford Circle | ☐ Contingent
Goldens Bridge, NY 10526 | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred**
Unknown | **Basis for the claim:**
| Ticket Refund
**Last 4 digits of account**
**number** ___ ___ ___ ___ | **Is the claim subject to offset?**
| ☑ No
**Specify Code subsection of PRIORITY unsecured** | ☐ Yes
**claim:** 11 U.S.C. § 507(a)(7)

**2.187** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Haber, Zelda | *Check all that apply.*
40 East 9th Street, Apt. 5M | ☐ Contingent
New York, NY 10003 | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred**
Unknown | **Basis for the claim:**
| Ticket Refund
**Last 4 digits of account**
**number** ___ ___ ___ ___ | **Is the claim subject to offset?**
| ☑ No
**Specify Code subsection of PRIORITY unsecured** | ☐ Yes
**claim:** 11 U.S.C. § 507(a)(7)

**2.188** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Hall, Nancy | *Check all that apply.*
69 West 9th Street, Apt. 11B | ☐ Contingent
New York, NY 10011 | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred**
Unknown | **Basis for the claim:**
| Ticket Refund
**Last 4 digits of account**
**number** ___ ___ ___ ___ | **Is the claim subject to offset?**
| ☑ No
**Specify Code subsection of PRIORITY unsecured** | ☐ Yes
**claim:** 11 U.S.C. § 507(a)(7)

**2.189** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Halligan-Luca, Anne | *Check all that apply.*
365 Bridge Street, Apt. 18 E | ☐ Contingent
Brooklyn, NY 11201 | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred**
Unknown | **Basis for the claim:**
| Ticket Refund
**Last 4 digits of account**
**number** ___ ___ ___ ___ | **Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured** | ☑ No

claim: 11 U.S.C. § 507(a)(7)

☐ Yes

---

**2.190** | **Priority creditor's name and mailing address**
Halper, Frances
137 East 36th Street, Apt. 15K
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.191** | **Priority creditor's name and mailing address**
Hamilton, Henry
111 Woodburn Rd
Pinehurst, NC 28374

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.192** | **Priority creditor's name and mailing address**
Hamilton, Jo
71 Jane Street
New York, NY 10014

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.193** | **Priority creditor's name and mailing address**
Hamilton, Russel
340 East 93rd Street, Apt. 6E
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.194** | **Priority creditor's name and mailing address**
Hammock, Marlene
115 9th Avenue South Unit 901
Jacksonville Beach, FL 32250

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.195** | **Priority creditor's name and mailing address**
Hanway, Raymond
4030 Maywood Drive
Seaford, NY 11783

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.196** | **Priority creditor's name and mailing address**
Hardy, Joseph
101 West End Avenue, Apt 11HH
New York, New York 10023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown      $Unknown

---

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.197**  **Priority creditor's name and mailing address**
Harritan, Mary
170 West End Avenue, Apt. 23D
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.198**  **Priority creditor's name and mailing address**
Hartl, Gerda
4 Horizon Road, G-05
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.199**  **Priority creditor's name and mailing address**
Hartmann, Karen
176 Grey Rock Road
Southbury, CT 6488

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.200**  **Priority creditor's name and mailing address**
Hayduk, Linda
25 Canterbury Rd., Apt. 3E
Great Neck, NY 11021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.201**  **Priority creditor's name and mailing address**
Headley, Carol
20 West 72nd Street, Apt. 1406
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.202**  **Priority creditor's name and mailing address**
Hedge, Joanna
170 Hawthorne Street, Apt. 5C
Brooklyn, NY 11225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.203**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**          $Unknown          $Unknown

Helburn, Amy
67 Walk Hill Street
Boston, MA 2130

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.204**

**Priority creditor's name and mailing address**
Held, James
7140 112th Street, Apt. 509
Forest Hills, NY 11375

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown          $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.205**

**Priority creditor's name and mailing address**
Hendrickson, Virginia
28 East 73rd Street
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown          $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.206**

**Priority creditor's name and mailing address**
Henry, Mario
146-03 61st Road
Flushing, NY 11367

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown          $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.207**

**Priority creditor's name and mailing address**
Heyman, Wendy
628 East 20th Street, Apt. 8E
New York, NY 10019

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown          $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.208**

**Priority creditor's name and mailing address**
Hiepler, Dan
326 Prospect Avenue, Apt. 2A
Hackensack, NJ 7601

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown          $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.209**

**Priority creditor's name and mailing address**
Hill, Judith
67 Park Ave., Apt. 11AB
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**As of the petition filing date, the claim is:**        $Unknown          $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

---

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.210** | **Priority creditor's name and mailing address**
Hirsch, Ellen
14 Sutton Place South
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.211** | **Priority creditor's name and mailing address**
Hochberg, Susan
108 W. 15th St, #3D
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.212** | **Priority creditor's name and mailing address**
Hodges, Eleanor
340 East 72nd Street, Apt. 4N
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.213** | **Priority creditor's name and mailing address**
Hodges, Fletcher
755 West End Avenue, Apt. 5A
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.214** | **Priority creditor's name and mailing address**
Hoffman, Carol
470 Halstead Avenue, Apt. 1A
Harrison, NY 10528

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.215** | **Priority creditor's name and mailing address**
Holman, Maureen
325 lexington, apt. 9a
new york, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.216** | **Priority creditor's name and mailing address**
Holzman, Robert
2155 34th Ave Apt 14C

**As of the petition filing date, the claim is:** $Unknown  $Unknown
*Check all that apply.*
☐ Contingent

Astoria, NY 11106

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.217** | **Priority creditor's name and mailing address**
Hopkins Tanne, Janice
251 Central Park West
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**          $Unknown          $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.218** | **Priority creditor's name and mailing address**
Howard, Carl
290 Broadway
NY, NY 10007

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**          $Unknown          $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.219** | **Priority creditor's name and mailing address**
Howard, Marian
735 Ladd Road
NY, NY 10471

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**          $Unknown          $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.220** | **Priority creditor's name and mailing address**
hreich99@rcn.com,
1851 7th Avenue, Apt. 21
New York, NY 10026

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**          $Unknown          $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.221** | **Priority creditor's name and mailing address**
Hug, Charles
2 12th Street, Apt. 1101
Hoboken, NJ 7030

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**          $Unknown          $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.222** | **Priority creditor's name and mailing address**
Hughes, Julie
180 West End Avenue
New York, NY 10023-4902

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**

**As of the petition filing date, the claim is:**          $Unknown          $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No

---

claim: 11 U.S.C. § 507(a)(7)

☐ Yes

**2.223** **Priority creditor's name and mailing address**
Inge, Laura
25 West 54 Street
New York, NY 10019

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.224** **Priority creditor's name and mailing address**
Ishofsky, Harvey
15 Parkside Drive
Great Neck, NY 11021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.225** **Priority creditor's name and mailing address**
Jackman, Nancy
130 East 18th Street, Apt. 12N
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.226** **Priority creditor's name and mailing address**
Jackson, Pamela
685 West End Avenue
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.227** **Priority creditor's name and mailing address**
Jacobs, Judy
8 Park Trail
Croton-on-Hudson, NY 10520

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.228** **Priority creditor's name and mailing address**
Jacobsohn, Gale
12701 Shaker Boulevard, Apt. 801
Cleveland, OH 44120

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

**2.229** **Priority creditor's name and mailing address**
Jakobson, Ellen
1025 Fifth Avenue, Apt. 12EN
New York, NY 10028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown    $Unknown

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.230**  **Priority creditor's name and mailing address**
Jalbert-Gagnier, David
417 Ocean Avenue, Apt C1
Brooklyn, NY 11226

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.231**  **Priority creditor's name and mailing address**
Jambois, Thomas
210 Lincoln Road
Brooklyn, NY 11225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.232**  **Priority creditor's name and mailing address**
Janik, Rob
9 Dorset Street
Boston, MA 2125

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.233**  **Priority creditor's name and mailing address**
Janove, Michael
567 48th Street
Brooklyn, NY 11220

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.234**  **Priority creditor's name and mailing address**
Juhase, Kim
38 Whitney Road
Short Hills, NJ 7078

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.235**  **Priority creditor's name and mailing address**
Kahn, Betty
798 Carroll Street
Brooklyn, NY 11215

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.236**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$Unknown        $Unknown

Kaplan, Stanley
151 West 86th Street, Apt. 1C
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.237** | **Priority creditor's name and mailing address**
Katz, Adrienne
315 West 70th St, Apt 9K
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.238** | **Priority creditor's name and mailing address**
Katz, Eleanor
315 8th Avenue, Apt. 18B
New York, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.239** | **Priority creditor's name and mailing address**
Katz, Helaine
140 West End Avenue, Apt. 5G
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.240** | **Priority creditor's name and mailing address**
Kaufman, Geraldine
1600 Parker Avenue, Apt. 1E
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.241** | **Priority creditor's name and mailing address**
Kaufman, Ruth
113 Sterling Place, Apt. 7
Brooklyn, NY 11217

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.242** | **Priority creditor's name and mailing address**
Kellock, Sally
393 Martling Ave.
Tarrytown, NY 10591

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**As of the petition filing date, the claim is:**   $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

---

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.243 | **Priority creditor's name and mailing address** |
|---|---|

Kelly, Gwen
465 West 23rd Street, Apt. 4A
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.244 | **Priority creditor's name and mailing address** |
|---|---|

Kelly, Sarah
425 Riverside Drive, Apt. 13A
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.245 | **Priority creditor's name and mailing address** |
|---|---|

Kelsey, Richard
23-10 38th Street, Apt. 1
Long Island City, NY 11105

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.246 | **Priority creditor's name and mailing address** |
|---|---|

Kingsley, Peter
211 York Street
Jersey City, NJ 7302

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.247 | **Priority creditor's name and mailing address** |
|---|---|

Kiok, Joan
442 East 20th Street, Apt. 9H
New York, NY 10009

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.248 | **Priority creditor's name and mailing address** |
|---|---|

Kirschbaum, Marilyn
33 Aerie Court
Manhasset, NY 11030

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.249 | **Priority creditor's name and mailing address** |
|---|---|

Kissane, Joseph
161 West 16th Street, Apt 15J

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent

New York, NY 10011
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.250** | **Priority creditor's name and mailing address**
Klein, Eric
2373 Broadway Apt. 829
New York, NY 10024
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown   $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.251** | **Priority creditor's name and mailing address**
Klein, Robert
15 Round A Bend Road.
Tarrytown, NY 10591
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown   $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.252** | **Priority creditor's name and mailing address**
Klopfer, Ulrike
74 West 68th Street, 3A
New York, NY 10023-6049
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown   $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.253** | **Priority creditor's name and mailing address**
Knibb, Joan
485 Lenox Avenue, Apt. 9C
New York, NY 10037
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown   $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.254** | **Priority creditor's name and mailing address**
Knott, Robert
708 Jersey Ave, Apt 6C
Jersey City, NJ 7302
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown   $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.255** | **Priority creditor's name and mailing address**
Knutson, Andrea
618 6th Street
Brooklyn, NY 11215
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured**

**As of the petition filing date, the claim is:**   $Unknown   $Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No

claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.256** | **Priority creditor's name and mailing address**<br>Koltun, Maryann<br>294 Bedford Rd<br>Pleasantville, NY -<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.257** | **Priority creditor's name and mailing address**<br>Komson, Richard<br>10 West 66th St. Apt. 8K<br>New York, NY 10023<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.258** | **Priority creditor's name and mailing address**<br>Konort, Marlise<br>90 Morris Avenue<br>Haworth, NJ 7641<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.259** | **Priority creditor's name and mailing address**<br>Kooden, Harold<br>306 West 90th Street, Apt. 4<br>New York, NY 10024<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.260** | **Priority creditor's name and mailing address**<br>Koreto, Paul<br>500 East 85th St 10-H<br>New York, NY 10028<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.261** | **Priority creditor's name and mailing address**<br>Koros, Robert<br>58 Normandy Drive<br>Westfield, NJ 7090<br>**Date or dates debt was incurred**<br>Unknown<br>**Last 4 digits of account**<br>**number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>Ticket Refund<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $Unknown | $Unknown |
| **2.262** | **Priority creditor's name and mailing address**<br>Koslow, Michael<br>180 West End Avenue, Apt. 7N<br>New York, NY 10023<br>**Date or dates debt was incurred** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown | $Unknown |

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.263** | **Priority creditor's name and mailing address**
Kovacs, Brian
1800 Mineral Spring Ave #260
North Providence, RI 2904

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.264** | **Priority creditor's name and mailing address**
Krasnoff, Arlene
217-07 82nd Avenue
Hollis Hills, NY 11427

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.265** | **Priority creditor's name and mailing address**
Kronick, Albert
35 Prospect Park West, Penthouse B
Brooklyn, NY 11215

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.266** | **Priority creditor's name and mailing address**
Krouse, Carolyn
200 East 57th Street, Apt. 12F
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.267** | **Priority creditor's name and mailing address**
Kupferman, Fran
140 East 72nd Street
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.268** | **Priority creditor's name and mailing address**
Kurz, Yangnim
9 East 96th Street, Apt. 2C
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.269** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$Unknown      $Unknown

Kyriakides, Miranda
68-36 108th Street, Apt. A67
Forest Hills, NY 11375

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.270** **Priority creditor's name and mailing address**
La Due, Annette
3777 Independence Avenue, Apt. 4B
Bronx, NY 10463

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.271** **Priority creditor's name and mailing address**
Laity, Mary
29 Gordon Way
Princeton, NJ 8540

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.272** **Priority creditor's name and mailing address**
Laity, Susan
151 Fourth Avenue
Milford, CT 6460

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.273** **Priority creditor's name and mailing address**
LaManna, Maryann
560 7th Avenue, Apt 6B
Brooklyn, NY 11215

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.274** **Priority creditor's name and mailing address**
Landesman, Arlyne
311 East 71st Street, Apt. 4C
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.275** **Priority creditor's name and mailing address**
Landis, Janis
68-28 Exeter Street
Forest Hills, NY 11375

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

---

number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.276**  **Priority creditor's name and mailing address**
Landon, Judith
247 W. 87th ST
New york, NY 10024
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.277**  **Priority creditor's name and mailing address**
Lane, Authur
245 East 87th Street 9D
New York, NY 10128
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.278**  **Priority creditor's name and mailing address**
Lederman, Michael
111 Overlook Road
Pomona, NY 10970
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.279**  **Priority creditor's name and mailing address**
Leffler, Susan
100 East Hartsdale Avenue, Apt. 4BE
Hartsdale, NY 10530
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.280**  **Priority creditor's name and mailing address**
Lehrer, Harris
230 West 55th Street, Apt. 23C
New York, NY 10019
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.281**  **Priority creditor's name and mailing address**
Leiman-Carbia, Julius
625 3rd Street
Brooklyn, NY 11215
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.282**  **Priority creditor's name and mailing address**
Leissner, Amy
64 W. 108 St., 1E

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent

New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.283**   **Priority creditor's name and mailing address**
Lenti, Frank
28 Tappentown Lane
Brookville, NY 11545

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.284**   **Priority creditor's name and mailing address**
Leonard, Christiana
549 W 123rd Street, Apt. 14G
New York, NY 10027

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.285**   **Priority creditor's name and mailing address**
Leonard, Jessia
755 East Mountain Road South
Coldspring, NY 10516

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.286**   **Priority creditor's name and mailing address**
Leopold, Robert
67 Palmer Drive
Livingston, NJ 7039

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.287**   **Priority creditor's name and mailing address**
Levinson, Gary
555 West 42nd Street
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

**As of the petition filing date, the claim is:**    $9,306.92    $9,306.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Salary and Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Levitt, Lawrence
15 Minor Court
West Nyack, NY 10994

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

*Check all that apply.*    $Unknown    $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.289** **Priority creditor's name and mailing address**
Levitt, Michael
175 West 72nd Street, Apt. 10F
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.290** **Priority creditor's name and mailing address**
Levy, Joan
1600 Parker Avenue, Apt. 3G
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.291** **Priority creditor's name and mailing address**
Lewis, Marjorie
720 Lenox Avenue, Apt.27D
New York, NY 10039

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.292** **Priority creditor's name and mailing address**
Lidsky, Ora
173 Beaumont Street
Brooklyn, NY 11235

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.293** **Priority creditor's name and mailing address**
Lieberman, Dorothy
185 East 85th Street, Apt. 36C
New York, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.294** **Priority creditor's name and mailing address**
Light, Geraldine
400 East 85th Street, Apt 5H
New York, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.295** **Priority creditor's name and mailing address**
Lilien, Georgiana
70 East 96th Street, Apt. 3B
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:** $Unknown   $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.296 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Limb, Young
355 Route 111 unit 24
Smithtown, NY 11787

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.297 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Lipsitz, Lawrence
1147 Trafalgar Street
Teaneck, NJ 7666

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.298 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Lipson, Enoch
61-21 broadway
Woodside, NY 11377

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.299 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Los Blancos
683 10th Street
Brooklyn, NY 11215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.300 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Lucas, Dayna
121 Breckenridge Place
Chapel Hill, NC 27514

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.301 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Lundin, Margaret
70 Park Terrace West, Apt. E12
New York, NY 10034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.302 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Lyon, Kenneth

*Check all that apply.*

311 E 92ndSt, 3E
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.303** | **Priority creditor's name and mailing address**
Maayan, Morelly
One Lincoln Place, Apt. 32TU
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.304** | **Priority creditor's name and mailing address**
Machemer, Corona
200 Cabrini Boulevard, Apt. 18
New York, NY 10033

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.305** | **Priority creditor's name and mailing address**
Maclean, Rebecca
1 Bay Club Drive
Bayside, NY 11260

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.306** | **Priority creditor's name and mailing address**
Maher, Jean
155 Wellington Road
Garden City, NY 11530

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.307** | **Priority creditor's name and mailing address**
Maidman, Richard
Townhouse Management Company
New York, NY 10022-3222

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.308** | **Priority creditor's name and mailing address**

70 East 55th Street

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

---

WEIL:\96155999\3\99995.5738

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☑ No
☐ Yes

| 2.309 | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

**2.309** Priority creditor's name and mailing address
Malcolm, Marian
99 Oxford Drive
Tenafly, NJ 7670

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.310** Priority creditor's name and mailing address
Maldonado, Rachel
3121 Middletown Road #1C
Bronx, NY 10461

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.311** Priority creditor's name and mailing address
Malinowski, Halina
66 Nancy Ct
Staten Island, NY 10306

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.312** Priority creditor's name and mailing address
Malizia, Patrick
1378 Kearney Avenue
Bronx, NY 10465

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.313** Priority creditor's name and mailing address
Mani, Subbiah
201 East 28th Street, Apt. 4A
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.314** Priority creditor's name and mailing address
Marcus, Alice
55 Grasslands Road, Apt. C245
Valhalla, NY 10595

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.315** Priority creditor's name and mailing address
Margolin, Estelle
98-10 64 Ave -7J
Rego Park, NY 11374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$Unknown    $Unknown

Debtor   The Pearl Theatre Company, Inc.            Case number (*if known*)   17-11572 (SHL)
         Name

☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.316**  **Priority creditor's name and mailing address**
Marino, George
30 West 63rd St Apt 3u
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.317**  **Priority creditor's name and mailing address**
Markowitz, Geri
1500 Palisade Avenue, Apt. 26C
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.318**  **Priority creditor's name and mailing address**
Marks, Alfred
242 East 72nd Street, Apt. 2C
New York, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.319**  **Priority creditor's name and mailing address**
Marrone, Frank
15 Old Rock Road
Weston, CT 6883

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.320**  **Priority creditor's name and mailing address**
Marshall, Michael
60 Riverside Blvd., Apt 607
New York, NY 10069-0208

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

**2.321**  **Priority creditor's name and mailing address**
Marzola, Eileen
124 West 72nd Street, Apartment 10B
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown      $Unknown

---

---

**2.322**   **Priority creditor's name and mailing address**
Mattson, Marlin
324 East 112th Street Apt. 6B
New York, NY 10029

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.323**   **Priority creditor's name and mailing address**
Maus, Vincent
43 Stratford Road
West Hempstead, NY 11552

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.324**   **Priority creditor's name and mailing address**
May, Maura
47 Calumet Avenue
Hastings on Hudson, NY 10706

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.325**   **Priority creditor's name and mailing address**
Mayer, Jerome
70 East 10th Street, Apt. 10V
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.326**   **Priority creditor's name and mailing address**
Maziekien, Michael
445 Morris Avenue, Apt. B7
Springfield, NJ 7081

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.327**   **Priority creditor's name and mailing address**
McCann, Christine
134 East 93rd Street, Apt 7C
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.328**   **Priority creditor's name and mailing address**
McDonald, James
29 Charles Street, Apt. 5F
New York, NY 10014

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:**    $Unknown      $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.329**  **Priority creditor's name and mailing address**
McGuire, Carolyn
9201 Shore Road, Apt. B705
Brooklyn, NY 11209
**Date or dates debt was incurred**
Unknown
Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes
                                                                $Unknown        $Unknown

**2.330**  **Priority creditor's name and mailing address**
McIntosh, John
110 West 86th Street, Apt. 7B
New York, NY 10024
**Date or dates debt was incurred**
Unknown
Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes
                                                                $Unknown        $Unknown

**2.331**  **Priority creditor's name and mailing address**
McKee, Laurel
205 West End Avenue, Apt. 23P
New York, NY 10023
**Date or dates debt was incurred**
Unknown
Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes
                                                                $Unknown        $Unknown

**2.332**  **Priority creditor's name and mailing address**
McKinley, Leslie
40 Prospect Park West, Apt. 3H
Brooklyn, NY 11215
**Date or dates debt was incurred**
Unknown
Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes
                                                                $Unknown        $Unknown

**2.333**  **Priority creditor's name and mailing address**
Mecs, Helen
4 Park Avenue, Apt. 8U
New York, NY 10016
**Date or dates debt was incurred**
Unknown
Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes
                                                                $Unknown        $Unknown

**2.334**  **Priority creditor's name and mailing address**
Meltzer, Phyllis
15 Valentine Drive
Albertson, NY 11507
**Date or dates debt was incurred**
Unknown
Last 4 digits of account
number ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☑ No
☐ Yes
                                                                $Unknown        $Unknown

**2.335**  **Priority creditor's name and mailing address**
Menichino, Susan

**As of the petition filing date, the claim is:**
*Check all that apply.*
                                                                $Unknown        $Unknown

260 Avenue P
Brooklyn, NY 11204

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.336**  **Priority creditor's name and mailing address**
Messineo, Carol
10 8th Avenue, Apt. 5
Brooklyn, NY 11217

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.337**  **Priority creditor's name and mailing address**
Meyer, Edward
16 Spring House Lane
Morristown, NJ 7960

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.338**  **Priority creditor's name and mailing address**
Migani, Raffaella
120 Nyac Avenue
Pelham, NY 10803

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.339**  **Priority creditor's name and mailing address**
Milberg, Francis
150 East 56th Street, Apt. 6D
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.340**  **Priority creditor's name and mailing address**
Miller, Andra
517 West 46th Street, Apt. 504
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

---

**2.341**  **Priority creditor's name and mailing address**
Miller, Charles
129 firestone circle
Roslyn, NY 11576

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

$Unknown        $Unknown

---

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| | | ☒ No | |
| | | ☐ Yes | |

**2.342** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Miller, Renee
144 East 84th Street, Apt. 4E
New York, NY 10028

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

**2.343** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Mines, Joan
70 Maine Avenue, Unit 70-21
Rockville Centre, NY 11570

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

**2.344** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Mittleman, Sondra
74 George Street
Harrington Park, NJ 7640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

**2.345** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Mitzner, Judith
145 Glennlawn Avenue
Seacliff, NY 11579

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

**2.346** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Modell, Esther
130 Morningside Drive, Apt 2A
New York, NY 10027-6006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

**2.347** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Monyak, Carol
146 Linden Street
Rockville Centre, NY 11570

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

**2.348** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown
Moore, Kathleen
116 Pinehurst Avenue, E-14
New York, NY 10033

*Check all that apply.*
☐ Contingent
☐ Unliquidated

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.349** | **Priority creditor's name and mailing address**
Moriber, Terry
333 McDonald Avenue, Apt. 6N
Brooklyn, NY 11218-2238

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.350** | **Priority creditor's name and mailing address**
Morra, Frank
165 East 32nd Street, Apt. 14C
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.351** | **Priority creditor's name and mailing address**
Morrell, Rhoda
45 West 60th Street, Apt. 18E
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.352** | **Priority creditor's name and mailing address**
Morris, Anne-Marie
15 West 81st Street, Penthouse A
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.353** | **Priority creditor's name and mailing address**
Mosedale, John
43 West 93rd Street, Apt. 21
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.354** | **Priority creditor's name and mailing address**
Moskowitz, David
40 Clinton Street, Apt. 6G
Brooklyn, NY 11201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

| Debtor | The Pearl Theatre Company, Inc. | Case number *(if known)* | 17-11572 (SHL) |
|---|---|---|---|
| | Name | | |

---

**2.355**  **Priority creditor's name and mailing address**
Murray, Phyllis
18 Stuyvesant Oval Apt. 5B
New York, NY 10009

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.356**  **Priority creditor's name and mailing address**
Nelson, Anders
80 Dundee Lane
Barrington Hills, IL 60010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.357**  **Priority creditor's name and mailing address**
Nelson, Dorothy
3 Washington Square Village, Apt. 11-0
New York, NY 10012

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.358**  **Priority creditor's name and mailing address**
Nelson, Lee
161 West 75th Street, Apt. 1C
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.359**  **Priority creditor's name and mailing address**
Neuls-Bates, Carol
2 Fifth Avenue, Apt. 20U
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.360**  **Priority creditor's name and mailing address**
Newkirk, Roy
145 West 71st Street, Apt. 3C
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.361**  **Priority creditor's name and mailing address**
Newman, Roberta and Stanley
3094 Shore Road
Bellmore, NY 11710

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:**  $Unknown  $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Official Form 206E/F  **Schedule E/F:  Creditors Who Have Unsecured Claims**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.362** | **Priority creditor's name and mailing address** | | |

Newman, Sharon
25 Pheasant Lane
Woodbury, NY 11797

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.363** | **Priority creditor's name and mailing address** | | |

Nicholson, Betty
43 Hampton Place, Apt 10C
Freeport, NY 11520

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.364** | **Priority creditor's name and mailing address** | | |

Nissen, Myra
1215 Fifth Avenue, Apt. 15C
New York, NY 10029

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.365** | **Priority creditor's name and mailing address** | | |

Norman, Jane
155 East 31st Street, Apt. 5G
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.366** | **Priority creditor's name and mailing address** | | |

Novo, Laura
2075 1st Avenue, Apt. 11E
New York, NY 10029

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.367** | **Priority creditor's name and mailing address** | | |

O'Neill, James
189 Davis Road
Salt Point, NY 12578

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.368** | **Priority creditor's name and mailing address** | | |

O'shaughnessy, Carol

---

Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
$Unknown    $Unknown

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
$Unknown    $Unknown

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
$Unknown    $Unknown

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
$Unknown    $Unknown

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
$Unknown    $Unknown

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
$Unknown    $Unknown

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
$Unknown    $Unknown

7502 Ridge Blvd. Apt. F10
Brooklyn, NY 11209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.369** **Priority creditor's name and mailing address**
OBrien, Kathleen
435 Sked St.
Pennington, NJ 8534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown          $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.370** **Priority creditor's name and mailing address**
Ofer, Abraham
154 Farrington Avenue
Sleepy Hollow, NY 10591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown          $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.371** **Priority creditor's name and mailing address**
Ogman, Lila
42 Woodcut Lane, Woodcut Lane
New Rochelle, NY 10804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown          $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.372** **Priority creditor's name and mailing address**
Ogum, Leslie
206 Quentin Road, Apt. 2C
Brooklyn, NY 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown          $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.373** **Priority creditor's name and mailing address**
Ortiz, Miguel
516 7th Street
Brooklyn, NY 11215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown          $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.374** **Priority creditor's name and mailing address**
Orton, Graham
23 City Place
White Plains, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown          $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

WEIL:\96155999\3\99995.5738

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☑ No
☐ Yes

**2.375** Priority creditor's name and mailing address
Ottesen, Elizabeth
39 Bordeaux Drive
Parsippany, NJ 7054

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.376** Priority creditor's name and mailing address
Padawer, Lois
729 Kathleen Place, 2nd Floor
Brooklyn, NY 11235

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.377** Priority creditor's name and mailing address
Paine, Fredericka
140 East 83rd Street, Apt. 8E
New York, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.378** Priority creditor's name and mailing address
Pasternack, Cheryl
83-33 Austin Street
Kew Gardens, NY 11415

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.379** Priority creditor's name and mailing address
Pazer, Perry
50 Sutton Place South, PH B
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.380** Priority creditor's name and mailing address
Peck, Harvey
60 Armour Road
Mahwah, NJ 7430

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown    $Unknown

**2.381** Priority creditor's name and mailing address
Penso, Suzan
730 Columbus Avenue, Apt 5I
New York, NY 10025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$Unknown    $Unknown

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.382**  **Priority creditor's name and mailing address**
Pepper, Bert
Kendall on Hudson, #4006
Sleepy Hollow, NY 10591
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.383**  **Priority creditor's name and mailing address**
Perkus, Paul
330 West 28th Street, Apt. 9A
New York, NY 10001
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.384**  **Priority creditor's name and mailing address**
Peters, Patricia
444 West 49 Street, #S3
new york, NY 10019
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.385**  **Priority creditor's name and mailing address**
Petersen, Teresa
7427 Boulevard East, Apt. 34
North Bergen, NJ 7047
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.386**  **Priority creditor's name and mailing address**
Petrova, Simona
27 East 65th Street, Apt. 4F
New York, NY 10065
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.387**  **Priority creditor's name and mailing address**
Petzenbaum, Hannah
345 West 55th Street, Apt. 6B
New York, NY 10019
**Date or dates debt was incurred**
Unknown
**Last 4 digits of account number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**        $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Ticket Refund
**Is the claim subject to offset?**
☒ No
☐ Yes

**2.388**  **Priority creditor's name and mailing address**
Pfister, William
16 Saint Marks Place, Apt. 5C
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.389**  **Priority creditor's name and mailing address**
Piskin, Lorraine
2673 Francis Street
Bellmore, NY 11710

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.390**  **Priority creditor's name and mailing address**
Podell, Albert
110 Sullivan Street, Apt. 5G
New York, NY 10012

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.391**  **Priority creditor's name and mailing address**
Pollinger, Arline
3030 Ocean Avenue, Apt 6C
Brooklyn, NY 11235-3337

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.392**  **Priority creditor's name and mailing address**
Pop, Anca
7081 Ivy Leaf Drive #204
Germantown, TN 38138

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.393**  **Priority creditor's name and mailing address**
Prechter, Diana
2000 South Congress Ave.
Austin, TX 78704

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

---

**2.394**  **Priority creditor's name and mailing address**
Randall, Francis
425 Riverside Drive, Apt. 10-I
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$Unknown          $Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Ticket Refund

Is the claim subject to offset?
☑ No
☐ Yes

**2.395** Priority creditor's name and mailing address
Raush, Fran
35 Radstock Avenue
Valley Stream, NY 11580

Date or dates debt was incurred
Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown            $Unknown

Basis for the claim:
Ticket Refund

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

**2.396** Priority creditor's name and mailing address
Raymo, Judith
50 East 79th Street, Apt. 4C
New York, NY 10075

Date or dates debt was incurred
Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown            $Unknown

Basis for the claim:
Ticket Refund

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

**2.397** Priority creditor's name and mailing address
Reardon, Betty
80 LaSalle Street Apt. 17D
New York, NY 10027

Date or dates debt was incurred
Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown            $Unknown

Basis for the claim:
Ticket Refund

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

**2.398** Priority creditor's name and mailing address
Rebello, David
100 Belmont Place, Apt. 3E
Staten Island, NY 10301

Date or dates debt was incurred
Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown            $Unknown

Basis for the claim:
Ticket Refund

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

**2.399** Priority creditor's name and mailing address
Reilly, John
324 East 77th Street, Apt. 4B
New York, NY 10075

Date or dates debt was incurred
Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown            $Unknown

Basis for the claim:
Ticket Refund

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

**2.400** Priority creditor's name and mailing address
Reiss, Richard
107 Saint Marks Avenue
Brooklyn, NY 11217

Date or dates debt was incurred
Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown            $Unknown

Basis for the claim:
Ticket Refund

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

**2.401** Priority creditor's name and mailing address
Rexing, Hildegard

As of the petition filing date, the claim is:
Check all that apply.

$Unknown            $Unknown

WEIL:\96155999\3\99995.5738

222 Martling Avenue
Tarrytown, NY 10591

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.402**  **Priority creditor's name and mailing address**
Richards, David A.J.
60 Riverside Drive, Apt. 8G
New York City, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown          $Unknown

---

**2.403**  **Priority creditor's name and mailing address**
Rivera, Julio
200 Rector Place, Apt. 8A
New York, NY 10280

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown          $Unknown

---

**2.404**  **Priority creditor's name and mailing address**
Rose, Arthur
1500 Palisades Avenue, Apt. 5D
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown          $Unknown

---

**2.405**  **Priority creditor's name and mailing address**
Rose, Walter
137 East 36th Street, Apt. 18G
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown          $Unknown

---

**2.406**  **Priority creditor's name and mailing address**
Rosen, Barbara
895 West End Avenue, Apt. 3-B
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown          $Unknown

---

**2.407**  **Priority creditor's name and mailing address**
Rosenbaum, Judith
570 Westminster Road, Apt B10
Brooklyn, NY 11230

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

$Unknown          $Unknown

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(7)

|  |  |  |  |
|---|---|---|---|

☒ No
☐ Yes

**2.408** | **Priority creditor's name and mailing address**

Rosenberg, Barbara

42 Kenneth Road

Hartsdale, NY 10530

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.409** | **Priority creditor's name and mailing address**

rosenn, barak

523 harbor place

west new york, NJ 7093

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.410** | **Priority creditor's name and mailing address**

Ross, Paulette

40 Prospect Street

Nyack, NY 10960

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.411** | **Priority creditor's name and mailing address**

Rossi, Rosalind

2 Tudor City Place, Apt. 4js

New York, NY 10017-6824

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.412** | **Priority creditor's name and mailing address**

Rost, Maria

15 Towers Street

Jersey City, NJ 7305

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.413** | **Priority creditor's name and mailing address**

Rothberg, Judith

1 Cedar Lane

Glen Cove, NY 11542

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.414** | **Priority creditor's name and mailing address**

Rothenberg, Marian

48 South Park Street, Unit 314

Montclair, NJ 7042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$Unknown          $Unknown

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.415** | **Priority creditor's name and mailing address**
<u>Ruane, Mary</u>
<u>2 Horizon Road, Apt. 1217</u>
<u>Fort Lee, NJ 7024</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.416** | **Priority creditor's name and mailing address**
<u>Rubenstein, Denise</u>
<u>470 Highview Road</u>
<u>Englewood, NJ 7631</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.417** | **Priority creditor's name and mailing address**
<u>Rubin, Enid</u>
<u>262 Central Park West Apt. 10B</u>
<u>New York, NY 10024</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.418** | **Priority creditor's name and mailing address**
<u>Rubin, Seymour</u>
<u>1088 Park Avenue, Apt. 14F</u>
<u>New York, NY 10128</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.419** | **Priority creditor's name and mailing address**
<u>Ryan, Elizabeth</u>
<u>225 West 12th Street, Apt 6-C</u>
<u>New York, NY 10011</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

---

**2.420** | **Priority creditor's name and mailing address**
<u>Ryan, Joan</u>
<u>25 Central Park West, Apt. 11Q</u>
<u>New York, NY 10023</u>

**Date or dates debt was incurred**
<u>Unknown</u>

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
<u>Ticket Refund</u>

**Is the claim subject to offset?**
☒ No
☐ Yes

$<u>Unknown</u>    $<u>Unknown</u>

WEIL:\96155999\3\99995.5738

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |

**2.421**
Priority creditor's name and mailing address
Ryan, Michael
109-20 Queens Blvd. #2D
Forest Hills, NY 11375

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.422**
Priority creditor's name and mailing address
Santilli, Sandra
212 East 47th Street, Apt 10J
New York, NY 10017

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.423**
Priority creditor's name and mailing address
Saslow, Annette
1603 Greenway
Woodbury, NY 11797

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.424**
Priority creditor's name and mailing address
Savas, Marion
3530 Henry Hudson Parkway, Apt. 15D
Bronx, NY 10463

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.425**
Priority creditor's name and mailing address
Schader, Karen and Chuck
247 West 12th Street, Apt. 1B
New York, NY 10014-1992

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.426**
Priority creditor's name and mailing address
Schaffer, Estelle
1545 East 22nd Street
Brooklyn, NY 11210

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.427**
Priority creditor's name and mailing address
Schalet, Phyllis
1 Townhouse Place, Apt. 1PQ
Great Neck, New York 11021

**Date or dates debt was incurred**
Unknown

As of the petition filing date, the claim is: $Unknown    $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WEIL:\96155999\3\99995.5738

Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.428** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schanoes, April
141 East 3rd Street, Apt. 12B
New York, NY 10009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**2.429** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schebe, Carol
6307 Harcourt Road
Clifton, NJ 7013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**2.430** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schneider, Joan
2 Bay Club Drive, Apt.7N
Bayside, NY 11360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**2.431** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schulman, Steven
108 Main Street
Norwalk, CT 6851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**2.432** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schultz, Ruby
35 Seacoast Terrace, Apt.15G
Brooklyn, New York 11235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**2.433** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schuman, Shanni
183 Broad Street, Apt. 1
Bloomfield, NJ 7003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**2.434** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown

Schutte, Paula

250 East 87th Street, Apt. 26F
New York, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.435  Priority creditor's name and mailing address**
Schwartz, Jean
653 East 14th Street, apt 2B
New York, NY 10009

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.436  Priority creditor's name and mailing address**
Schwartz, Jerry
189 2nd Avenue, Apt. 4N
New York, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.437  Priority creditor's name and mailing address**
Schwartz, Louise
346 Audubon Road
Englewood, NJ 7631

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.438  Priority creditor's name and mailing address**
Schwartz, Stephanie
61 Hazelton Drive
White Plains, NY 10605

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.439  Priority creditor's name and mailing address**
Schwartz, Stephen
2327 Meridian Boulevard
Warrington, PA 18976

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.440  Priority creditor's name and mailing address**
Schwarz, Rochelle
44 Greenhill Road
Springfield, NJ 7081

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☒ No
☐ Yes

| 2.441 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Seiden, Sara
101-20 Ascan Avenue
Forest Hills, NY 11375

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.442 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Shiffer, Marion
112 Lee Road
Scarsdale, NY 10583

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.443 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Silberman, Linda
405 West 23rd Street, Apt 16E
New York, NY 10011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.444 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Silliman, Jean
380 Rector Place, Apt 20D
New York, NY 10280

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.445 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Silverman, Rita
64 West 64th Street, Apt 28J
New York, NY 10023

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.446 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Simon, Charlotte
75 Henry Street, Apt. 28A
Brooklyn, NY 11201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

| 2.447 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Simpson, Nancy
2050 Center Avenue, Suite 440
Fort Lee, NJ 7024

*Check all that apply.*
☐ Contingent
☐ Unliquidated

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Singer, Adolf
80 La Salle Street, Apt 8G
New York, NY 10027

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Singer, Richard
1329 Hollow Cove Road
Narberth, PA 19072

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Sivak, Mary
2329 24th Street
Astoria, NY 11105

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Skehan, Eileen
36 South Drive
Plandome, NY 11030

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Skigen, Patricia
113 West 89th Street
New York, NY 10024

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $Unknown | $Unknown |
|---|---|---|---|---|

Smith, Bernice
611 Palmer Road Apt.4P
Yonkers, NY 10701-5115

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

WEIL:\96155999\3\99995.5738

**2.454** **Priority creditor's name and mailing address**
Smith, Daniel
35 South Broadway, Apt. 3C
Irvington, New York 10533

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.455** **Priority creditor's name and mailing address**
Smith, Floyd
4 Peter Cooper Road, Apt 9G
New York, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.456** **Priority creditor's name and mailing address**
Socoloschi, Nicolae
102 Stillwell Road
Leonardo, NJ 7737

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.457** **Priority creditor's name and mailing address**
Solana, Brandon
561 10th Avenue, Apt. 10H
New York, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.458** **Priority creditor's name and mailing address**
Solomon, Gloria
1600 Parker Avenue
Fort Lee, New Jersey 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.459** **Priority creditor's name and mailing address**
Solomon, Matthew
22 Hemptor Rd
New City, NY 10956

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown          $Unknown

**2.460** **Priority creditor's name and mailing address**
Sood, Amit
185 13th St
Brooklyn, NY 11215

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$Unknown          $Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| **2.461** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Sorensen, Harald
35 Academy Street
Pleasantville, NY 10570

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| **2.462** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Soter, Nicholas
500 East 77 Street, Apt 204
New York, NY 10162

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| **2.463** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Spalter, Dorothy
2775 East 16th Street, Apt. 1R
Brooklyn, NY 11235

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| **2.464** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Spano, Mark
515 Clinton Ave Apt 1
Brooklyn, NY 11238

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| **2.465** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Spector, Miriam
340 Fishers Road
Bryn Mawr, PA 19010-3656

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| **2.466** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Spencer, Isabel
11 West 30th Street, Apt. 12F
New York, NY 10001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account**
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(7)

| **2.467** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $Unknown | $Unknown |
|---|---|---|---|---|

Spinowitz, Bruce

*Check all that apply.*

95 Overlook Road
New Rochelle, NY 10804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.468**   **Priority creditor's name and mailing address**
Sprintzen, David
16 Southwoods Road
Syosset, NY 11791

As of the petition filing date, the claim is:   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.469**   **Priority creditor's name and mailing address**
Stark, Deborah
444 East 86th Street, Apt. 22A
New York, NY 10028

As of the petition filing date, the claim is:   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.470**   **Priority creditor's name and mailing address**
Steffen, Claire
132 East 35th Street #13L
New York, NY 10016

As of the petition filing date, the claim is:   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.471**   **Priority creditor's name and mailing address**
Stehlin, Stewart
460 West 24th Street, Apt 9E
New York, NY 10011

As of the petition filing date, the claim is:   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.472**   **Priority creditor's name and mailing address**
Stober, Carlene
474 48th Ave. Apt. 28F
Long Island City, NY 11109

As of the petition filing date, the claim is:   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.473**   **Priority creditor's name and mailing address**
Stoler, Iris Lee
175 Adams St., 16J
Brooklyn, NY 11201

As of the petition filing date, the claim is:   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☒ No
☐ Yes

**2.474** | **Priority creditor's name and mailing address**
Stumpf, Paul
88-01 35th Avenue, Apt. 2C
Jackson Heights, NY 11372

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

**2.475** | **Priority creditor's name and mailing address**
Subak-Sharpe, Genell
606 West 116th St
New York, NY 10027

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

**2.476** | **Priority creditor's name and mailing address**
Surgent, Gayla
888 Ramapo Valley Road
Mahwah, NJ 7430

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

**2.477** | **Priority creditor's name and mailing address**
Sussman, Robert
19 Hayhurst Road
New Rochelle, NY 10804

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

**2.478** | **Priority creditor's name and mailing address**
Sutel, Seth
214 Riverside Dr, Apt. 308
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

**2.479** | **Priority creditor's name and mailing address**
Swift, Oliver
4 Stone Avenue
White Plains, NY 10603

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown        $Unknown

**2.480** | **Priority creditor's name and mailing address**
Tanenbaum, Szilvia
1095 Park Avenue
New York, NY 10128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$Unknown        $Unknown

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.481 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown |
|---|---|---|---|---|

Tanzer, Leonard
3000 Ocean Parkway, Apt. 9U
Brooklyn, NY 11235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.482 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown |
|---|---|---|---|---|

Tausig, Mark
145 Park. Place Apt 2F
Brooklyn, NY 11217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.483 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown |
|---|---|---|---|---|

Teirstein, Alice
160 Riverside Drive, Apt. 2B
New York, NY 10024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.484 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown |
|---|---|---|---|---|

Teshima, Anne
225 West 106th St, Apt 3H
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.485 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown |
|---|---|---|---|---|

Thornton, William
885 6th Avenue, Apt. 34D
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.486 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $Unknown | $Unknown |
|---|---|---|---|---|

Thurston, William
319c Casa Loma Road
Morgan Hill, CA 95037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **2.487** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Tiefer, Leonore | ☐ Contingent |
| | 300 First Avenue, Apt. 8F | ☐ Unliquidated |
| | New York, NY 10009 | ☐ Disputed |

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown     $Unknown

---

**2.488  Priority creditor's name and mailing address**
Tindiglia, Barbara
86 Highfield Road
Harrison, NY 10528

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown     $Unknown

---

**2.489  Priority creditor's name and mailing address**
Toise, Claire
160 West End Avenue, Apt. 3U
New York, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown     $Unknown

---

**2.490  Priority creditor's name and mailing address**
Tom, Martha
188-50 C. 71st Crescent
Fresh Meadows, NY 11365

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown     $Unknown

---

**2.491  Priority creditor's name and mailing address**
Tomes, Robert
132 Brighton Street
Staten Island, NY 10307

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown     $Unknown

---

**2.492  Priority creditor's name and mailing address**
Toms, Fred
45 West 11th Street, Apt 1B
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown     $Unknown

---

**2.493  Priority creditor's name and mailing address**
Toole, Lee
4141 41st Street, Apt 3R
Sunnyside, NY 11104-3240

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$Unknown     $Unknown

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | |
|---|---|---|
| | Ticket Refund | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**2.494** **Priority creditor's name and mailing address**
Trentlyon, Robert
409 West 21st Street, Suite 1
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.495** **Priority creditor's name and mailing address**
Trost, Ellen
6 Craven Lane
White Plains, NY 10605

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.496** **Priority creditor's name and mailing address**
Tufa, Mihaela
83 Oakwood Village #5
Flanders, NJ 7836

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.497** **Priority creditor's name and mailing address**
Tufino, Grace
2160 Wallace Avenue, Apt. 4E
Bronx, NY 10462

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.498** **Priority creditor's name and mailing address**
Tumolo, Margarita
2983 Young Ave
Bronx, NY 10469

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.499** **Priority creditor's name and mailing address**
Uddin Khan, Evelyn
75 Sheldon Street
Central Islip, NY 11722

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.500** **Priority creditor's name and mailing address**
Ullmann, Mary

**As of the petition filing date, the claim is:**     $Unknown     $Unknown
*Check all that apply.*

42 Brookwood Drive
Stanhope, NJ 7874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.501** | **Priority creditor's name and mailing address**
Valbiro, Anthony
62 Columbus Avenue
Port Chester, NY 10573

**As of the petition filing date, the claim is:**
*Check all that apply.*          $Unknown      $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.502** | **Priority creditor's name and mailing address**
Van Kirk, Thomas
139-16 224 Street
Laurelton, NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*          $Unknown      $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.503** | **Priority creditor's name and mailing address**
Vasquez, David
237 East 54th Street, Apt. 3B
New York, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*          $Unknown      $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.504** | **Priority creditor's name and mailing address**
Vogel, Jane
9 West Welling Avenue
Pennington, NJ 8534

**As of the petition filing date, the claim is:**
*Check all that apply.*          $Unknown      $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.505** | **Priority creditor's name and mailing address**
Vojnovic, Judith
3145 Brighton 4th Street, Apt. 415
Brooklyn, NY 11235

**As of the petition filing date, the claim is:**
*Check all that apply.*          $Unknown      $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.506** | **Priority creditor's name and mailing address**
Waggett, David
44 Gordonhurst Ave
Montclair, NJ 7043

**As of the petition filing date, the claim is:**
*Check all that apply.*          $Unknown      $Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
Ticket Refund

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

☒ No
☐ Yes

| | | | |
|---|---|---|---|
| **2.507** | **Priority creditor's name and mailing address**<br>Walsh, Robert<br>123 Edgewood Avenue<br>Clifton, NJ 7012 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown    $Unknown |

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.508** | **Priority creditor's name and mailing address**<br>Wanderer, Peter<br>20 Harvard Road<br>Shoreham, NY 11786 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown    $Unknown |

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.509** | **Priority creditor's name and mailing address**<br>Ware, Leslie<br>396 Rowayton Ave<br>Norwalk, CT 6854 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown    $Unknown |

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.510** | **Priority creditor's name and mailing address**<br>Warnke, Marie<br>680 Albin Street<br>Teaneck, NJ 7666 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown    $Unknown |

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.511** | **Priority creditor's name and mailing address**<br>Warshauer, Irene<br>505 East 79th Street, Apt. 4B<br>New York, NY 10075 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown    $Unknown |

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.512** | **Priority creditor's name and mailing address**<br>Warshaw, Monique<br>1150 Park Ave. Apt 8A<br>New York, NY 10128 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $Unknown    $Unknown |

Date or dates debt was incurred
Unknown

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:
Ticket Refund

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(7)

| | | | |
|---|---|---|---|
| **2.513** | **Priority creditor's name and mailing address**<br>Watson, Dorothy<br>201 West 72 St<br>New York, NY 10023 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated | $Unknown    $Unknown |

**Date or dates debt was incurred**
Unknown

☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

---

**2.514**   **Priority creditor's name and mailing address**
Weber, Peter
171 Woodchuck Road
Stamford, CT 6903

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.515**   **Priority creditor's name and mailing address**
Weck, Alan
555 North Avenue, Apt. 26T
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.516**   **Priority creditor's name and mailing address**
Weeks, Stephen
299 Pavonia Avenue, Apt. 2-11
Jersey City, NJ 7302

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.517**   **Priority creditor's name and mailing address**
Weingarten, Seymour
55 Central Park West
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.518**   **Priority creditor's name and mailing address**
Weiss, Richard
175 East 62nd Street, Apt. 6D
New York, NY 10065

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.519**   **Priority creditor's name and mailing address**
Weissberg, Norbert
PO Box 570
East Hampton, NY 11937

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**    $Unknown     $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

---

WEIL:\96155999\3\99995.5738

**2.520**  **Priority creditor's name and mailing address**
Weissberger, Karen
207 East 37th Street, Apt. 3H
New York, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.521**  **Priority creditor's name and mailing address**
Weissman, Polly
110 Riverside Drive, Apt. 11S
New York, NY 10024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.522**  **Priority creditor's name and mailing address**
Wellington, Sheila
249 East 48th Street, Apt. 16C
New York, NY 10017

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.523**  **Priority creditor's name and mailing address**
Wells, Frieda
1530 Palisade Avenue, Apt. 5H
Fort Lee, NJ 7024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.524**  **Priority creditor's name and mailing address**
Weltman, Susan
18-50 211th Street Apt 3A
Bayside, NY 11360

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.525**  **Priority creditor's name and mailing address**
Wesely, Marcy
45 Sutton Place South, Apt. 10L
New York, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.526**  **Priority creditor's name and mailing address**
Wexler, Pamela
55 West 92nd Street, Apt. 6E
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**As of the petition filing date, the claim is:**   $Unknown        $Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

|  |  |  |  |
|---|---|---|---|

**Last 4 digits of account number** ___ ___ ___ ___

Ticket Refund

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.527**  **Priority creditor's name and mailing address**
Whitmore, Deborah
140 West 22nd Street, Apt. PHC
New York, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown            $Unknown

---

**2.528**  **Priority creditor's name and mailing address**
Wink, Judith
145 West 93rd Street, Apt. 2
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown            $Unknown

---

**2.529**  **Priority creditor's name and mailing address**
Wolff, Arnold
95 Joralemon Street
Brooklyn, NY 11201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown            $Unknown

---

**2.530**  **Priority creditor's name and mailing address**
Wong, William
76 Harbor Key
Secaucus, NJ 7094

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown            $Unknown

---

**2.531**  **Priority creditor's name and mailing address**
Woodruff, Marjorie
25 Clifton Terrace
Weehawken, NJ 7086

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown            $Unknown

---

**2.532**  **Priority creditor's name and mailing address**
Yatzkan, Elaine
275 West 96 Street, Apt. 6N
New York, NY 10025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$Unknown            $Unknown

---

**2.533**  **Priority creditor's name and mailing address**
Yazdzik, Martin

**As of the petition filing date, the claim is:**
*Check all that apply.*

$Unknown            $Unknown

310 green street
honesdale, PA 18431

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.534**   **Priority creditor's name and mailing address**
Zabriskie, Everett
252 Highwood Ave
Ridgewood, NJ 7450

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

---

**2.535**   **Priority creditor's name and mailing address**
Zagardo, Donald
86-54 208th Street, Apt. 3G
Queens Village, NY 11427

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

---

**2.536**   **Priority creditor's name and mailing address**
Zeigler, Sue
3249 Hull Avenue
Bronx, NY 10467

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

---

**2.537**   **Priority creditor's name and mailing address**
Zilay, Catherine
16 Rock Ledge Avenue, Apt. 6C2
Ossining, NY 10562

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

---

**2.538**   **Priority creditor's name and mailing address**
Zimmer, Sharon
1105 Park Avenue, Apt. 14D
New YOrk, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

$Unknown    $Unknown

---

**2.539**   **Priority creditor's name and mailing address**
Zwick, Burton
244 Kent Place Boulevard
Summit, NJ 7901

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Ticket Refund

**Is the claim subject to offset?**

$Unknown    $Unknown

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☑ No
☐ Yes

**2.540** **Priority creditor's name and mailing address**

Zwick, Carol

600 West End Avenue, Apt. 4C

New York, NY 10024

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:**      $Unknown      $Unknown
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Ticket Refund

**Is the claim subject to offset?**

☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   **4Wall Entertainment, Inc.**
35 State Street
Moonachie, NJ 07074
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.2**   **A New Miller Ltd**
Waverley House, 7-12 Noel Street
London, W1F 8GQ, England
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,629.24

---

**3.3**   **Able Fire Prevention Corp.**
241 West 26th Street
New York, NY 10001
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.4**   **Abrams Artist Agency c/o Amy Wagner**
275 Seventh Ave. 26th Floor
New York, NY 10001
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.5**   **Action Environmental Services**
300 Frank W. Burr Boulevard, Suite 39
Teaneck, NJ 07666
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.6**   **Actors' Equity Association**
165 West 46th Street
New York, NY 10036
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

| | | Amount of claim |
|---|---|---|

| 3.7 | **Aetna Inc.** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | 151 Farmington Avenue | *Check all that apply.* | |
| | Hartford, CT 06156 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.8 | **Agency for the Performing Arts** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | 135 West 50th Street, 17th Floor | *Check all that apply.* | |
| | New York, NY 10020 | ☐ Contingent | |
| | Attn: Beth Blickers | ☐ Unliquidated | |
| | **Date or dates debt was incurred** Unknown | ☐ Disputed | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.9 | **Alliance of Repertory Theatres New York** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | 520 Eighth Avenue, Suite 319 | *Check all that apply.* | |
| | New York, NY 10018 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.10 | **American Archiving & Shredding** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | P.O. Box 767 | *Check all that apply.* | |
| | Orange, NJ 07051 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Storage | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.11 | **AppRiver, LLC** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | 1101 Gulf Breeze Parkway, Suite 200 | *Check all that apply.* | |
| | Gulf Breeze, FL 32561 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.12 | **ArtSink** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | 74 East 7th Street #2A | *Check all that apply.* | |
| | New York, NY 10003 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.13 | **ASCAP** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|
| | 1900 Broadway | *Check all that apply.* | |
| | New York, NY 10023 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | Amount of claim |
|---|---|---|

**3.14** **Audience Rewards LLC**
250 West 52nd Street, Stage Door – 4th Floor
New York, NY 10019
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.15** **Avaya Financial Services**
P.O. Box 550599
Jacksonville, FL 32255
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leased Equipment

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.16** **BankDirect Capital Finance**
Two Conway Park, 150 North Field Drive,
 Suite 190
Lake Forest, IL 60045
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.17** **Batchelor, Jeremy**
421 Degraw Street, LL-K
Brooklyn, NY 11217
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.18** **Bates, Carol Neuls- and William**
2 Fifth Avenue, Apt. 20U
New York, NY 10011
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.19** **Blake Electric Contracting Co.**
311 East 150th Street
Bronx, NY 10451
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,989.31

---

**3.20** **Blake Prime Service, LLC.**
83-40 72nd Drive
Glendale, NY 11385
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,635.45

| | | Amount of claim |
|---|---|---|

**3.21**    **Blake Zidell & Associates, LLC**
321 Dean Street, #5
Brooklyn, NY 11217
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000

---

**3.22**    **Botchan, Rachel**
200 Schermerhorn Street, Apt 521
Brooklyn, NY 11201
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.23**    **C&S International Insurance Brokers Inc**
19 Fulton Street, #308A
New York, NY 10038
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.24**    **Choi, Jiin**
550 West 157th Street, Apt. 36
New York, NY 10032
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.25**    **Clinton Housing Development Company**
300 West 46th Street
New York, NY 10036
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.26**    **Consolidated Edison Company of N.Y. Inc.**
P.O. Box 138
New York, NY 10276
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.27**    **Courier Car Rental, Inc.**
1241 Route 23 South
Wayne, NJ 07470
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Car Rental

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

WEIL:\96155999\3\99995.5738

|  |  | Amount of claim |
|---|---|---|

| 3.28 | **Crichton, Jean and Gunhouse, Robert** | **As of the petition filing date, the claim is:** | $ Unknown |
| | 173 Summit Avenue | *Check all that apply.* | |
| | Summit, NJ 07901 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.29 | **Crowley, Michael** | **As of the petition filing date, the claim is:** | $ Unknown |
| | 25-20 37th Street | *Check all that apply.* | |
| | Astoria, NY 11103 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.30 | **Cuskern, Dominic** | **As of the petition filing date, the claim is:** | $4,518.61 |
| | 218 West 10th Street, Apt 6A | *Check all that apply.* | |
| | New York, NY 10014 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.31 | **D&D Productions** | **As of the petition filing date, the claim is:** | $5,675 |
| | 251 Summit Avenue | *Check all that apply.* | |
| | Hackensack, NJ 07601 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.32 | **Daily, Dan** | **As of the petition filing date, the claim is:** | $ Unknown |
| | 138 Cupsaw Drive | *Check all that apply.* | |
| | Ringwood, NJ 07456 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.33 | **Dave Bova** | **As of the petition filing date, the claim is:** | $ Unknown |
| | 295 East 139th Street | *Check all that apply.* | |
| | Bronx, NY 10454 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.34 | **Department of Theatre Arts Rutgers University** | **As of the petition filing date, the claim is:** | $ Unknown |
| | 2 Chapel Drive | *Check all that apply.* | |
| | New Brunswick, NJ 08901 | ☐ Contingent | |
| | **Date or dates debt was incurred** Unknown | ☐ Unliquidated | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ Disputed | |
| | | **Basis for the claim:** Unknown | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

WEIL:\96155999\3\99995.5738

| | | | Amount of claim |
| --- | --- | --- | --- |
| **3.35** | **Doussant, Diana**<br>Leading Artists<br>145 West 45th Street, Suite 1000<br>New York, NY 10036<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.36** | **Equity League Pension and Health Trust Funds**<br>165 West 46th Street, 14th Floor<br>New York, NY 10036<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.37** | **Flyleaf Creative, Inc.**<br>134 West 26th Street, Suite 604<br>New York, NY 10001<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.38** | **Formula 1 Cleaners**<br>780 East 134th Street<br>Bronx, NY 10454<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Laundry<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.39** | **Fund for the City of New York**<br>121 Avenue of the Americas<br>New York, NY 10013<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195,800.00 |
| **3.40** | **GHP Media**<br>475 Heffernan Drive<br>West Haven, CT 06516<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,289.43 |
| **3.41** | **Goldmark, Sandra**<br>680 West 204th Street, Apt 4C<br>New York, NY 10034<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |

| | Amount of claim |
|---|---|

**3.42** **Grapeseed Media, LLC**
79 Madison Avenue
New York, NY 10016
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000

**3.43** **Greenberg-Perkus, Karen**
330 West 28th Street, Apt. 9A
New York, NY 10001
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

**3.44** **Greenhall Agnes**
3840 Greystone Avenue
Bronx, NY 10463
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

**3.45** **Hillbolic Arts & Carpentry**
c/o The Ken Larson Co. Inc.
29 Old Route 9 West
Tomkins Cove, NY 10986
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

**3.46** **Huber, Jane and Benner, James**
256 Pine Avenue
Manasquan, NJ 08736
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

**3.47** **IATSE General Office**
207 West 25th St., 4th Fl.
New York, NY 10001
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

**3.48** **Impressive Cleaning Services Inc.**
8418 108th Avenue
Ozone Park, NY 11417
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,890

|  | | Amount of claim |
|---|---|---|

**3.49** Ink, Sordelet
46 Forest Street
Montclair, NJ 07042
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.50** Inwood, Mike
5405 Webster Street
Philadelphia, PA 19143
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.51** Jackson, Helen
21 Trinity Place, Apt 301
Montclair, NJ 07042
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.52** JPMorgan Chase Bank, N.A.
P.O. Box 659754
San Antonio, TX 78265
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,821.47

**3.53** Keen, Linda and Bresin, Jonathan
160 West End Ave 17E
New York, NY 10023-5610
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.54** Khan, Evelyn Uddin
75 Sheldon Street
Central Islip, NY 11722
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.55** Kirkwood, Chloe
Props - Hangar Theater
P.O. Box 205
Ithaca, NY 14851
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.56** Larson, Joan L.

As of the petition filing date, the claim is:

$ Unknown

| | | | Amount of claim |
|---|---|---|---|

|  | 12 York Terrace<br>Short hill, NJ 07078<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.57** | **Laws, David Andrew**<br>2121 Foster Avenue, Apt 17<br>Brooklyn, NY 11210<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.58** | **Log-On**<br>520 8th Avenue, 14th Floor<br>New York, NY 10018<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.59** | **Maher, Carmen Anthony and Gerard**<br>301 East 69th Street, Apt.11G<br>New York, NY 10021<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.60** | **Marathon Consulting, LLC.**<br>181 North 11th Street, Suite 106<br>Brooklyn, NY 11211<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,577 |
| **3.61** | **Marian Rothenberg Household**<br>48 South Park Street, Unit 314<br>Montclair, NJ 07042<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Unknown |
| **3.62** | **Mark Orsini. Bret Adams. Ltd.**<br>448 West 44th Street<br>New York, NY 10036<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.63** | **Martin, Susan and Belzer, Alan** | **As of the petition filing date, the claim is:** | $ Unknown |

| | | | **Amount of claim** |
| --- | --- | --- | --- |
| | One Fifth Avenue, Apt. 20 C<br>New York, NY 10003<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.64 | **Mason, Sally Q.**<br>315 East 88th Street, Apt. 2B<br>New York, NY 10128<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown |
| 3.65 | **Massachusetts Mutual Life Insurance Company**<br>1295 State Street<br>Springfield, MA 01111<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $46,440.90 |
| 3.66 | **McGuire, Maureen and Wong, William**<br>76 Harbor Key<br>Secaucus, NJ 07094<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown |
| 3.67 | **McLaughlin, Margaret and Pepper, Bert**<br>Kendall on Hudson, #4006<br>Sleepy Hollow, NY 10591<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown |
| 3.68 | **McMaster-Carr Supply Company**<br>P.O. Box 7690<br>Chicago, IL 60680<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown |
| 3.69 | **Michael Griffo a/a/f Seth Reiser**<br>ICM Theatre Department<br>65 East 55th Street<br>New York, NY 10022<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>**Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unknown<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown |
| 3.70 | **Mitchell, William and Anderson, Jean** | **As of the petition filing date, the claim is:** | $ Unknown |

|  |  | Amount of claim |
|---|---|---|

|  | 25 Bay Street<br>Bronx, NY 10464<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **Check all that apply.**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
|---|---|---|---|
| **3.71** | **New York Musical Festival**<br>36 West 44th Street, Suite 1010A<br>New York, NY 10036<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.72** | **NYC & Company**<br>810 7th Avenue, 3rd Floor<br>New York, NY 10019<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.73** | **Parker, Caroline J. H.**<br>116 Chilton street<br>Elizabeth, NJ 07202<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.74** | **Pendleton, Austin**<br>**c/o Bret Adams**<br>448 West 44th Street<br>New York, NY 10036<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br><br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.75** | **Phantom Audio c/o Judy Mauer**<br>270 West 17th Street<br>New York, NY 10011<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,800 |
| **3.76** | **Rabinowitz, Frances and Dalin, Herbert**<br>315 Sixth Avenue, Apt 3<br>Brooklyn, NY 11215<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |

WEIL:\96155999\3\99995.5738

| | | Amount of claim |
|---|---|---|

**3.77** Reich, Heidi
1851 7th Avenue, Apt. 21
New York, NY 10026
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.78** Russ Rowland Photography
118 West 75th Street, Apt 1B
New York, NY 10023
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.79** Saifee Hardware & Garden
114 1st Avenue
New York, NY 10009
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.80** Samuel French, Inc.
235 Park Avenue South, 5th Floor
New York, NY 10003
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.81** Schall & Ashenfarb
307 5th Avenue, 15th Floor
New York, NY 10016
**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,525

---

**3.82** Spectrum Business
41-61 Kissena Boulevard
Flushing, NY 11355
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.83** Stage Directors and Choreographers Society
321 West 44th Street, Suite 804
New York, NY 10036
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

| | | | Amount of claim |
|---|---|---|---|

**3.84** Susan Schulman Literary Agency LLC
454 West 44th Street
New York, NY 10036
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,109.84

**3.85** Sussman, Marianne and Robert
19 Hayhurst Road
New Rochelle, NY 10804
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.86** Tanne, Janice Hopkins
251 Central Park West
New York, NY 10024
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.87** Tennessen, Nora
50 Greene Ave #6C
Brooklyn, NY 11238
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.88** The Fellowship for the Performing Arts
c/o Aruba Productions, LLC
1674 Broadway, 3rd Floor
New York, NY 10019
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Unknown

**3.89** The Lighting Syndicate LLC
315 West 39th Street, Suite 304
New York, NY 10018
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,500

**3.90** The SDC – League Pension and Health Funds
c/o Benserco Inc.
140 Sylvan Avenue, Suite 303
Englewood Cliffs, NJ 07632
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

WEIL:\96155999\3\99995.5738

|  | | **Amount of claim** |
|---|---|---|
| **3.91** | **TheaterMania.com Inc.**<br>1156 Avenue of the Americas, 5th Floor<br>New York, NY 10036<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.92** | **Two River Theater Co.**<br>21 Bridge Avenue<br>Red Bank, NJ 07701<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.93** | **Tyco Integrated Security LLC**<br>47-40 21st Street<br>Long Island City, NY 11101<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,028.48 |
| **3.94** | **United Scenic Artists, Local 829**<br>29 West 38th Street, 15th Floor<br>New York, NY 10018<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.95** | **UPS**<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.96** | **Verizon**<br>P.O. Box 15124<br>Albany, NY 12212<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Telecommunications<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |
| **3.97** | **White, Sheila and Richard**<br>683 10th Street<br>Brooklyn, NY 11215<br>**Date or dates debt was incurred** Unknown<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unknown<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ Unknown |

| | | Amount of claim |
|---|---|---|
| **3.98** | **Xerox Financial Services** | $ Unknown |
| | P.O. Box 202882 | |
| | Dallas, TX 75320 | |
| | **Date or dates debt was incurred** Unknown | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | |

**Xerox Financial Services**
P.O. Box 202882
Dallas, TX 75320
**Date or dates debt was incurred** Unknown
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $20,241.61 + Unknown |
| **5b** | **Total claims from Part 2** | 5b.    + | $408,689.73 + Unknown |
| **5c** | **Total of Parts 1 and 2** | 5c. | $428,931.34 + Unknown |

☐ Check if this an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**93.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **94.  List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for the premises located at 553 West 42nd Street New York, NY 10018 | Massachusetts Mutual Life Insurance Company c/o Cornerstone Real Estate Advisers LLC 180 Glastonbury Boulevard, Suite 200 |
| | State the term remaining | 15 years | Glastonbury, Connecticut 06033 |
| | List the contract number of any government contract | | Attention:  Christine Hovey, Vice President |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Employment contract for Hal Brooks | Hal Brooks 553 West 42nd Street |
| | State the term remaining | Expired on June 30, 2017 | New York, NY 10018 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Avaya Phone System for the premises located at 553 West 42nd Street | Avaya Financial Services P.O. Box 550599 |
| | State the term remaining | Unknown | Jacksonville, FL 32255 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | New York City Department of Cultural Affairs Lighting Equipment | New York City Department of Cultural Affairs 31 Chambers St |
| | State the term remaining | Unknown | New York, NY 10007 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Xerox Copy Machine | Xerox Financial Services P.O. Box 202882 |
| | State the term remaining | Unknown | Dallas, TX 75320 |
| | List the contract number of any government contract | | |

WEIL:\96155999\3\99995.5738

Debtor name  The Pearl Theatre Company, Inc.

United States Bankruptcy Court for the:  Southern          District of  NY

Case number (*If known*):  17-11572 (SHL)          Chapter  7

☐ Check if this an
amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**95.  Does the debtor have any codebtors?**

☒  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐  Yes.

**96.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

WEIL:\96155999\3\99995.5738

**Fill in this information to identify the case:**

Debtor name <u>The Pearl Theatre Company, Inc.</u>

United States Bankruptcy Court for the: <u>Southern</u>       District of <u>NY</u>

Case number (*If known*): <u>17-11572 (SHL)</u>      Chapter <u>7</u>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>8/3/2017</u>      X   /s/ Patricia S. Marshall
      MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                   Patricia S. Marshall
                                   Printed name

                                   Chair of the Board of Trustees
                                   Position or relationship to debtor