**Fill in this information to identify the case:**

Debtor name <u>The Pearl Theatre Company, Inc.</u>

United States Bankruptcy Court for the: <u>Southern</u>        District of <u>NY</u>
                                                                                    (State)

Case number (*If known*): <u>17-11572 (SHL)</u>

☐ Check if this an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---------|--------|

**1.  Gross revenue from business**

☐  None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>07/01/2016</u><br>MM/DD/YYYY | to <u>06/06/2017</u><br>Filing Date | ☒  Operating a business<br>☒  Other <u>Public Support</u> | $ <u>Unknown</u> |
| **For prior year:** | From <u>07/01/2015</u><br>MM/DD/YYYY | to <u>06/30/2016</u><br>MM/DD/YYYY | ☒  Operating a business<br>☒  Other <u>Public Support</u> | $ <u>1,518,970.00</u> |
| **For the year before that:** | From <u>07/01/2014</u><br>MM/DD/YYYY | to <u>06/30/2015</u><br>MM/DD/YYYY | ☒  Operating a business<br>☒  Other <u>Public Support</u> | $ <u>1,723,509.00</u> |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒  None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to _____<br>MM/DD/YYYY    Filing Date | $ _____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | $ _____ |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1 | Cavaretta, Anthony Paul<br>Creditor's name<br>2 Hahl Lane<br>Street<br>East Norwich, NY 11732<br>City          State          Zip Code | 6/05/2017 | $ 550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.2 | Burkle, Jess R<br>Creditor's name<br>553 West 42nd Street<br>Street<br>New York, NY 10018<br>City          State          Zip Code | 6/01/2017 | $ 733.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.3 | Burkle, Jess<br>Creditor's name<br>553 West 42nd Street<br>Street<br>New York, NY 10018<br>City          State          Zip Code | 6/01/2017 | $ 1432.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.4 | Levinson, Gary<br>Creditor's name<br>553 West 42nd Street<br>Street<br>New York, NY 10018<br>City          State          Zip Code | 6/01/2017 | $ 768.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.5 | The Lighting Syndicate<br>Creditor's name<br>315 West 39th Street, Suite 304<br>Street<br>New York, NY 10018<br>City          State          Zip Code | 6/01/2017 | $900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.6 | Payroll Service<br>Creditor's name<br>553 West 42nd Street<br>Street<br>New York, NY 10018<br>City          State          Zip Code | 5/31/2017 | $2,396.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.7 | Payroll Service<br>Creditor's name<br>553 West 42nd Street<br>Street<br>New York, NY 10018 | 5/26/2017 | $340.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |

| | City | State | Zip Code | | | | |
|---|---|---|---|---|---|---|---|

**3.8**   Automated Accounting Solutions, INC.    5/25/2017    $1,775.00
Creditor's name

1215 Livingston Ave #1
Street

North Brunswick, NJ 08902

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

| | City | State | Zip Code |
|---|---|---|---|

**3.9**   Payroll Service    5/24/2017    $6727.49
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

| | City | State | Zip Code |
|---|---|---|---|

**3.10**   Payroll Service    5/24/2017    $1.75
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

| | City | State | Zip Code |
|---|---|---|---|

**3.11**   Cavaretta, Anthony Paul    5/23/2017    $550.00
Creditor's name

2 Hahl Lane
Street

East Norwich, NY 11732

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

| | City | State | Zip Code |
|---|---|---|---|

**3.12**   Cavaretta, Anthony Paul    5/18/2017    $550.00
Creditor's name

2 Hahl Lane
Street

East Norwich, NY 11732

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

| | City | State | Zip Code |
|---|---|---|---|

**3.13**   Payroll Service    5/17/2017    $12,055.04
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

| | City | State | Zip Code |
|---|---|---|---|

**3.14**   Payroll Service    5/17/2017    $3.50
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

| | City | State | Zip Code |
|---|---|---|---|

**3.15**   Cavaretta, Anthony Paul    5/11/2017    $550.00
Creditor's name

2 Hahl Lane
Street

East Norwich, NY 11732

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

| | City | State | Zip Code |
|---|---|---|---|

3.16  Payroll Service                    5/10/2017      $11,984.43          ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      553 West 42nd Street                                                  ☐ Suppliers or vendors
      Street                                                                ☒ Services
      New York, NY 10018                                                    ☐ Other _____

      City          State        Zip Code

3.17  Payroll Service                    5/10/2017      $7.00               ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      553 West 42nd Street                                                  ☐ Suppliers or vendors
      Street                                                                ☒ Services
      New York, NY 10018                                                    ☐ Other _____

      City          State        Zip Code

3.18  Cavaretta, Anthony Paul            5/04/2017      $550.00             ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      2 Hahl Lane                                                           ☐ Suppliers or vendors
      Street                                                                ☒ Services
      East Norwich, NY 11732                                                ☐ Other _____

      City          State        Zip Code

3.19  Payroll Service                    5/03/2017      $12,065.15          ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      553 West 42nd Street                                                  ☐ Suppliers or vendors
      Street                                                                ☒ Services
      New York, NY 10018                                                    ☐ Other _____

      City          State        Zip Code

3.20  Payroll Service                    5/03/2017      $7.00               ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      553 West 42nd Street                                                  ☐ Suppliers or vendors
      Street                                                                ☒ Services
      New York, NY 10018                                                    ☐ Other _____

      City          State        Zip Code

3.21  Aetna Health Plan                  5/01/2017      $3,663.84           ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      P.O. Box 981106                                                       ☒ Suppliers or vendors
      Street                                                                ☐ Services
      El Paso, TX 79998                                                     ☐ Other _____

      City          State        Zip Code

3.22  Automated Accounting Solutions, INC.  5/01/2017   $1,775.00          ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      1215 Livingston Ave #1                                                ☐ Suppliers or vendors
      Street                                                                ☒ Services
      North Brunswick, NJ 08902                                             ☐ Other _____

      City          State        Zip Code

3.23  Con Edison                         5/01/2017      $1,388.77           ☐ Secured debt
      Creditor's name                                                       ☐ Unsecured loan repayments
      P.O. Box 1702                                                         ☐ Suppliers or vendors
      Street                                                                ☐ Services
      New York, NY 10116                                                    ☒ Other Utility Services

      City          State        Zip Code

**3.24**  Con Edison              5/01/2017        $611.59
Creditor's name

P.O. Box 1702
Street

New York, NY 10116

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other Utility Services

**3.25**  Cavaretta, Anthony Paul        4/27/2017        $550.00
Creditor's name

2 Hahl Lane
Street

East Norwich, NY 11732

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

**3.26**  Payroll Service          4/26/2017        $11,831.41
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

**3.27**  Payroll Service          4/26/2017        $5.25
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

**3.28**  Daily, Dan            4/24/2017        $2,147.50
Creditor's name

138 Cupsaw Drive
Street

Ringwood, NJ 07456

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

**3.29**  Burkle, Jess          4/20/2017        $8,338.61
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

**3.30**  Levinson, Gary          4/20/2017        $7,359.54
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other

**3.31**  The Lighting Syndicate        4/20/2017        $3,600.00
Creditor's name

315 West 39th Street, Suite 304
Street

New York, NY 10018

City            State        Zip Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.32**  Payroll Service          4/19/2017        $12,922.82

- ☐ Secured debt

Creditor's name

553 West 42nd Street
Street

New York, NY 10018

| City | State | Zip Code |
|------|-------|----------|

- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.33   Payroll Service      4/19/2017     $3.50

Creditor's name

553 West 42nd Street
Street

New York, NY 10018

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.34   Automated Accounting Solutions, INC.    4/13/2017    $1,775.00

Creditor's name

1215 Livingston Ave #1
Street

North Brunswick, NJ 08902

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.35   Payroll Service      4/12/2017    $12,190.87

Creditor's name

553 West 42nd Street
Street

New York, NY 10018

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.36   Payroll Service      4/12/2017    $3.50

Creditor's name

553 West 42nd Street
Street

New York, NY 10018

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.37   Payroll Service      4/05/2017    $3.50

Creditor's name

553 West 42nd Street
Street

New York, NY 10018

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.38   Payroll Service      4/05/2017    $11,926.57

Creditor's name

553 West 42nd Street
Street

New York, NY 10018

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

---

3.39   Aetna Health Plan      4/03/2017    $3,363.26

Creditor's name

P.O. Box 981106
Street

El Paso, TX 79998

| City | State | Zip Code |
|------|-------|----------|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other _____

---

3.40   Automated Accounting Solutions, INC.    4/03/2017    $1,775.00

Creditor's name

- ☐ Secured debt
- ☐ Unsecured loan repayments

---

1215 Livingston Ave #1
Street

North Brunswick, NJ 08902

City        State        Zip Code

☐ Suppliers or vendors
☒ Services
☐ Other _____

---

**3.41**  Con Edison
Creditor's name

P.O. Box 1702
Street

New York, NY 10116

City        State        Zip Code

03/31/2017    $1,286.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Utility Services

---

**3.42**  Con Edison
Creditor's name

P.O. Box 1702
Street

New York, NY 10116

City        State        Zip Code

03/31/2017    $563.43

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Utility Services

---

**3.43**  Cavaretta, Anthony Paul
Creditor's name

2 Hahl Lane
Street

East Norwich, NY 11732

City        State        Zip Code

03/30/2017    $550.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other _____

---

**3.44**  Massachusetts Mutual Life Insurance Company
Creditor's name

180 Glastonbury Boulevard, Suite 200
Street

Glastonbury, Connecticut 06033

City        State        Zip Code

03/30/2017    $33,962.22

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Rent

---

**3.45**  Massachusetts Mutual Life Insurance Company
Creditor's name

180 Glastonbury Boulevard, Suite 200
Street

Glastonbury, Connecticut 06033

City        State        Zip Code

03/30/2017    $1,966.80

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Rent

---

**3.46**  The Lighting Syndicate
Creditor's name

315 West 39th Street, Suite 304
Street

New York, NY 10018

City        State        Zip Code

03/30/2017    $4,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.47**  Payroll Service
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

City        State        Zip Code

03/29/2017    $11,798.29

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other _____

---

**3.48**  Payroll Service
Creditor's name

553 West 42nd Street

03/29/2017    $5.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors

|  | Street | | | ☒ Services |
|--|--------|--|--|-------------|
|  | New York, NY 10018 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.49 | Cavaretta, Anthony Paul | 03/23/2017 | $550.00 | ☐ Secured debt |
|------|--------------------------|------------|---------|-----------------|
|  | Creditor's name | | | ☐ Unsecured loan repayments |
|  | 2 Hahl Lane | _____ | | ☐ Suppliers or vendors |
|  | Street | | | ☒ Services |
|  | East Norwich, NY 11732 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.50 | Payroll Service | 03/22/2017 | $11,199.59 | ☐ Secured debt |
|------|------------------|------------|------------|-----------------|
|  | Creditor's name | | | ☐ Unsecured loan repayments |
|  | 553 West 42nd Street | _____ | | ☒ Suppliers or vendors |
|  | Street | | | ☐ Services |
|  | New York, NY 10018 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.51 | Payroll Service | 03/22/2017 | $5.25 | ☐ Secured debt |
|------|------------------|------------|-------|-----------------|
|  | Creditor's name | | | ☐ Unsecured loan repayments |
|  | 553 West 42nd Street | _____ | | ☐ Suppliers or vendors |
|  | Street | | | ☒ Services |
|  | New York, NY 10018 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.52 | Chase Bank | 03/20/2017 | $2,000.00 | ☐ Secured debt |
|------|-------------|------------|-----------|-----------------|
|  | Creditor's name | | | ☒ Unsecured loan repayments |
|  | P.O. Box 659754 | _____ | | ☐ Suppliers or vendors |
|  | Street | | | ☐ Services |
|  | San Antonio, TX 78265 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.53 | Cavaretta, Anthony Paul | 03/16/2017 | $550.00 | ☐ Secured debt |
|------|--------------------------|------------|---------|-----------------|
|  | Creditor's name | | | ☐ Unsecured loan repayments |
|  | 2 Hahl Lane | _____ | | ☐ Suppliers or vendors |
|  | Street | | | ☒ Services |
|  | East Norwich, NY 11732 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.54 | Chase Bank | 03/16/2017 | $2,000.00 | ☐ Secured debt |
|------|-------------|------------|-----------|-----------------|
|  | Creditor's name | | | ☒ Unsecured loan repayments |
|  | P.O. Box 659754 | _____ | | ☐ Suppliers or vendors |
|  | Street | | | ☐ Services |
|  | San Antonio, TX 78265 | _____ | | ☐ Other _____ |
|  | City          State          Zip Code | | | |

| 3.55 | Massachusetts Mutual Life Insurance Company | 03/16/2017 | $23,917.06 | ☐ Secured debt |
|------|----------------------------------------------|------------|------------|-----------------|
|  | Creditor's name | | | ☐ Unsecured loan repayments |
|  | 180 Glastonbury Boulevard, Suite 200 | _____ | | ☐ Suppliers or vendors |
|  | Street | | | ☐ Services |
|  | Glastonbury, Connecticut 06033 | _____ | | ☒ Other Rent _____ |
|  | City          State          Zip Code | | | |

| 3.56 | Payroll Service | 03/15/2017 | $10,423.27 | ☐ Secured debt |
|------|------------------|------------|------------|-----------------|
|  | Creditor's name | | | ☐ Unsecured loan repayments |
|  | 553 West 42nd Street | | | ☐ Suppliers or vendors |
|  | Street | | | |

| | New York, NY 10018 | | | ☒ Services |
| | | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.57 | Payroll Service | 03/15/2017 | $5.25 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 553 West 42nd Street | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | New York, NY 10018 | | | ☒ Services |
| | | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.58 | Chase Bank | 03/13/2017 | $3,000.00 | ☐ Secured debt |
| | Creditor's name | | | ☒ Unsecured loan repayments |
| | P.O. Box 659754 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | San Antonio, TX 78265 | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.59 | Cavaretta, Anthony Paul | 03/09/2017 | $550.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 2 Hahl Lane | | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | East Norwich, NY 11732 | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.60 | Cavaretta, Anthony Paul | 03/09/2017 | $779.97 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 2 Hahl Lane | | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | East Norwich, NY 11732 | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.61 | Daily, Dan | 03/09/2017 | $4,211.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 138 Cupsaw Drive | | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | Ringwood, NJ 07456 | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.62 | Levinson, Gary | 03/09/2017 | $2,000.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 553 West 42nd Street | | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | New York, NY 10018 | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.63 | Payroll Service | 03/08/2017 | $10,662.25 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 553 West 42nd Street | | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | New York, NY 10018 | | | ☐ Other _____ |
| | City          State          Zip Code | | | |
| 3.64 | Payroll Service | 03/08/2017 | $5.25 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 553 West 42nd Street | | | ☐ Suppliers or vendors |
| | Street | | | ☒ Services |
| | New York, NY 10018 | | | |

|  |  |  |
|---|---|---|
|  |  | ☐ Other _____ |

| City | State | Zip Code |

**3.65** Chase Bank
Creditor's name

P.O. Box 659754
Street

San Antonio, TX 78265

03/03/2017    $3,000.00

☐ Secured debt
☒ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| City | State | Zip Code |

**3.66** Cavaretta, Anthony Paul
Creditor's name

2 Hahl Lane
Street

East Norwich, NY 11732

03/02/2017    $550.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| City | State | Zip Code |

**3.67** Con Edison
Creditor's name

P.O. Box 1702
Street

New York, NY 10116

03/01/2017    $1,474.14

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Utility Services

| City | State | Zip Code |

**3.68** Con Edison
Creditor's name

P.O. Box 1702
Street

New York, NY 10116

03/01/2017    $1,037.15

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Utility Services

| City | State | Zip Code |

**3.46** Con Edison
Creditor's name

P.O. Box 1702
Street

New York, NY 10116

03/01/2017    $808.05

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other Utility Services

| City | State | Zip Code |

**3.69** Fund for the City of New York
Creditor's name

121 6th Avenue, 6th Floor
Street

New York, NY 10013

03/01/2017    $70,000.00

☐ Secured debt
☒ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

| City | State | Zip Code |

**3.70** Payroll Service
Creditor's name

553 West 42nd Street
Street

New York, NY 10018

03/01/2017    $10,775.44

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other _____

| City | State | Zip Code |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City   State   Zip Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2 | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City   State   Zip Code | | | |
| | **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   Zip Code | | | |
| 5.2 | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   Zip Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ Creditor's name _____ Street _____ City      State      Zip Code | _____  _____  Last 4 digits of account number: XXXX– _ _ _ _ | _____ | $ _____ |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 Fellowship for the Performing Arts v. The Pearl Theatre Company  **Case number**  _____ | Breach of Contract | Supreme Court of the State of New York, New York County Name 60 Centre St Street New York      NY      10013 City      State      Zip Code | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2 _____ | _____ | _____ Name _____ Street _____ _____ City      State      Zip Code | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name _____ Street _____ City      State      Zip Code | _____ **Case title** _____ **Case number** _____ **Date of order or assignment** _____ | $ _____ **Court name and address** _____ Name _____ Street _____ City      State      Zip Code |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**9.1**

Recipient's name

Street

City      State      Zip Code

$ _____

**Recipient's relationship to debtor**

**9.2**

Recipient's name

Street

City      State      Zip Code

$ _____

**Recipient's relationship to debtor**

---

**Part 5:**    **Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ _____ |

---

**Part 6:**    **Certain Payments or Transfers**

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** | | | $ _____ |
| Address | | | |
| Street | | | |
| City    State    Zip Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2 _____  _____  _____  $ _____

Address

Street

City    State    Zip Code

**Email or website address**

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ _____ |
| **Trustee** | | | |

---

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | $ _____ |
| Address | | | |
| Street | | | |
| City   State   Zip Code | | | |
| **Relationship to debtor** | | | |
| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.2 | | | $ _____ |
| Address | | | |
| Street | | | |
| City   State   Zip Code | | | |
| **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 48 West 26th Street<br>Address<br><br>10th Floor<br>Street<br><br>New York                NY              10010<br>City                    State          Zip Code | From ___June 2013___ To ___June 2017___ |
| 14.2 _____<br>Address<br><br>_____<br>Street<br><br>_____<br>City        State       Zip Code | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

—    diagnosing or treating injury, deformity, or disease, or

—    providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State       Zip Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>Check all that apply:<br>☐  Electronically<br>☐  Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2 _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State       Zip Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | **How are records kept?**<br><br>Check all that apply:<br>☐  Electronically |

☐   Paper

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒   No.
    ☐   Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐   No
      ☐   Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒   No. Go to Part 10.
    ☐   Yes. Does the debtor serve as plan administrator?

      ☐   No. Go to Part 10.
      ☐   Yes. Fill in the below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

      Has the plan been terminated?

      ☐   No
      ☐   Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒   None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name _____<br>Street _____<br>City   State   Zip Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |
| 18.2 | Name _____<br>Street _____<br>City   State   Zip Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None.

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | _____ | _____ | ☐ No |
| | _____ | _____ | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City        State        Zip Code | _____ | | |
| | _____ | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None.

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| American Archiving and Shredding | _____ | File Storage | ☐ No |
| Name | | | ☒ Yes |
| P.O. Box 767 | _____ | _____ | |
| Street | | | |
| | **Address** | | |
| Orange        NJ        07051 | _____ | | |
| City        State        Zip Code | _____ | | |

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | _____ | _____ | $ _____ |
| Address | | | |
| | _____ | _____ | |
| Street | | | |
| | _____ | _____ | |
| City        State        Zip Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No
☐  Yes.  Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | | | ☐ Concluded |
| | City      State      Zip Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No
☐  Yes.  Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City      State      Zip Code | City      State      Zip Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No
☐  Yes.  Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City      State      Zip Code | City      State      Zip Code | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.1**

Name

Street

City    State    Zip Code

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.2**

Name

Street

City    State    Zip Code

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.3**

Name

Street

City    State    Zip Code

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____    To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| **26a.1** Peter Tyndale (Automated Accounting Solutions, Inc.)<br>Name<br>1215 Livingston Avenue, Suite 1<br>Street<br>North Brunswick, NJ 08902<br><br>City   State   Zip Code | From May 2016    To June 2017 |
| **26a.2** Sherri Kotimsky<br>Name<br>345 8th Avenue, Apt 14F<br>Street<br>New York, NY 10001 | From July 2014    To May 2016 |

| City | State | Zip Code |
|------|-------|----------|

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|------------------|------------------|

| | |
|---|---|
| 26b.1 | Mike Schall (Schall & Ashenfarb) |
| | Name |
| | 307 Fifth Avenue |
| | Street |
| | New York, NY 10016 |

From  2015      To  2016

| City | State | Zip Code |
|------|-------|----------|

| Name and Address | Dates of service |
|------------------|------------------|

| 26b.2 | |
|---|---|
| | Name |
| | Street |

From  _____   To  _____

| City | State | Zip Code |
|------|-------|----------|

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and Address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

| 26c.1 | Jess Burkle |
|---|---|
| | Name |
| | 553 West 42nd Street |
| | Street |
| | New York, NY 10018 |

| City | State | Zip Code |
|------|-------|----------|

| Name and Address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

| 26c.2 | |
|---|---|
| | Name |
| | Street |

| City | State | Zip Code |
|------|-------|----------|

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and Address |
|------------------|

| 26d.1 | Unknown |
|---|---|
| | Name |
| | Street |

| City | State | Zip Code |
|---|---|---|

**Name and Address**

26d.2

Name

Street

| City | State | Zip Code |
|---|---|---|

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1

Name

Street

| City | State | Zip Code |
|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2

Name

Street

| City | State | Zip Code |
|---|---|---|

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patricia S. Marshall | 553 West 42nd Street, New York, NY 10018 | Chair of the Board of Trustees | N/A |
| Dana Keefer | 553 West 42nd Street, New York, NY 10018 | President, Trustee | N/A |
| Richard J. Singer | 553 West 42nd Street, New York, NY 10018 | Secretary/Treasurer, Trustee | N/A |
| Hal Brooks | 553 West 42nd Street, New York, NY 10018 | Artistic Director, Trustee | N/A |
| Jess Burkle | 553 West 42nd Street, New York, NY 10018 | Managing Director, Trustee | N/A |
| Brad Heberlee | 553 West 42nd Street, New York, NY 10018 | Resident Actor, Trustee | N/A |

| Debtor | The Pearl Theatre Company, Inc. | Case number (*if known*) 17-11572 (SHL) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| Joseph McBrien | 553 West 42nd Street, New York, NY 10018 | Trustee | N/A |
| Leslie C. Cohen | 553 West 42nd Street, New York, NY 10018 | Trustee | N/A |
| Alice Teirstein | 553 West 42nd Street, New York, NY 10018 | Trustee | N/A |
| Ellen Hirsch | 553 West 42nd Street, New York, NY 10018 | Emeritus, Trustee | N/A |
| Ellen V. Jakobson | 553 West 42nd Street, New York, NY 10018 | Emeritus, Trustee | N/A |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Shifren | 553 West 42nd Street, New York, NY 10018 | Trustee | From 2016 To 2017 |
| Claudia Oberweger Frank | 553 West 42nd Street, New York, NY 10018 | Trustee | From 2016 To 2017 |
| Dan Daily | 553 West 42nd Street, New York, NY 10018 | Resident Actor, Trustee | From 2015 To 2016 |
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** Jess Burkle <br> Name <br> 553 West 52nd Street <br> Street <br> New York, NY 10018 | $7,467.51 | | Salary and Reimbursements |
| City    State    Zip Code | | | |
| **Relationship to debtor** | | | |
| Managing Director, Trustee | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.2** Hal Brooks <br> Name <br> 553 West 42nd Street <br> Street <br> New York, NY 10018 | $8,119.16 | | Salary and Reimbursements |
| City    State    Zip Code | | | |
| **Relationship to debtor** | | | |
| Artistic Director, Trustee | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3   Brad Heberlee <br> Name <br> 553 West 52nd Street <br> Street <br> New York, NY 10018 <br> City   State   Zip Code <br> **Relationship to debtor** <br> Resident Actor, Trustee | $514.47 | March 2, 2017 | Salary |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**   **Signature and Declaration**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection w or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/3/2017
       MM / DD / YYYY

✖ /s/ Patricia S. Marshall               Printed name Patricia S. Marshall
Signature of individual signing on behalf of the debtor

Position or relationship to debtor Chair of the Board of Trustees

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes